Chloe Grey

vs.

Department of Public Safety and Correctional Services

Civil No. MJM-23-1047                                          Plaintiff's Virtual Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/21/2023 | 11/21/2023 | Division of Correction Request for Administrative Remedy |
| 2 | 11/21/2023 | 11/21/2023 | Division of Correction Request for Administrative Remedy dated July 21, 2023 @ WCI |
| 3 | 11/21/2023 | 11/21/2023 | Complaint Withdrawal |
| 4 | 11/21/2023 | 11/21/2023 | CV for Dr. Isabel Lowell |
| 5 | 11/22/2023 | 11/22/2023 | CV – Dan Pacholke |
| 6 | 11/22/2023 | 11/22/2023 | Supplemental Information re: Dan Pacholke |
| 12 | 11/22/2023 | 11/22/2023 | Prison Rape Elimination Act (Prisons and Jail Standards) |
| 18 | 11/22/2023 | 11/22/2023 | Division of Correction (Request for Administrative Remedy) dated 11/6/2023 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)