# EXHIBIT 3-D

RECEIVED

_____ /Lt Soyle 3/16/23 _____
Officer's Name: Print and Signature      Date

MAR 17 2023

WARDEN'S OFFICE
EASTERN CORRECTIONAL
INSTITUTION

Appendix E to DOC.185.0002
0208529

CASE NO. ECI-0366-23

## DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: 7-3 Shift ☑ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Holland       Kennedy           E        475884/2880671       ECI-E
       Last Name    First Name    Middle Initial    CL Number         Facility

Housing Location BB-28  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

### Part A – INMATE REQUEST

On 3-16-23 at 11:25 am, our tier was let out for rec/showers. Upon leaving my cell, 28, to go into the rec hall officer Timmons came to close my door behind me and my cell mate and stopped me to say "You can't wear those shorts you have to put on pants." Puzzled as to why he made the statement I then asked for more clarification by...

3-16-23                                    Kennedy      475884/2880671
Date                                       Signature of Inmate

### Part B – RESPONSE

_____                                  _____
Date                                       Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT                                Case No. ECI-0366-23

RETURN TO: Holland,  Kennedy          475-884         ECI
           Last Name  First Name  Middle Initial  CL Number  Facility

I acknowledge receipt of your complaint dated 3/16/23 in regard to: Ofc. Timmons

3/17/23      Hair Coll
Date         Facility ARP Coordinator

0208529

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

# RECEIVED

MAR 17 2023

Appendix N to DOC.185.0002

WARDEN'S OFFICE
EASTERN CORRECTIONAL
INSTITUTION

**Part A (Continuation)**

Saying "What do you mean?" He said that my shorts were too inappropriate to wear out I need to put on pants or lock in. I then was given sweat pants to wear by my cell mate to avoid further conflict and continued into the rec-hall. As I walked away from him he called me by Sir, he, him, and "fella" I'm assuming to get my riled up and provoke me in to do something against him so that he would have grounds to give me a ticket and lock me up. As a trans woman DPSCS has set rules, regulations, policies, and directives in place on how a female that is housed in a Male Facility is to be handled and Officer Timmons and the majority of the officers here continuously disreguard and violate those procedures without consequence. I asked him to seek further information on proper dress code for me and he informed me that he told Officer Foreman he felt I had on what he thought was underwear and I could not wear them. My clothing is not altered in any way nor inappropriately worn. I am a Female with a female body and parts and I should not be discriminated against by anyone yet it consistantly occurs in this facility. As a remedy, I want Officer Timmons repremanded and $1,000,000.00 in compensation for the continuous acts of blatant harrassment and discrimination against me by the staff and officers.

3-16-23   Kennedy Hyland   175884/282007
Date   Inmate's Name: Print and Signature   CL#

DOC Form 185.0002IC (Rev. 9/19)