# EXHIBIT 3-E

Appendix E to DOC.185.0002

0162903

____Sgt JBromley____ / _[signature]_　　　　_7/27/22_
Officer's Name, Print and Signature　　　　　　　Date

RECEIVED
JUL 28 2022
WARDEN'S OFFICE
EASTERN CORRECTIONAL
INSTITUTION

CASE NO. _ECI-0927-22_

# DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO:　☑ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: _Holland_　_Kennedy_　_E_　_475884_ / _288067_ _ECI-W_
　　　　Last Name　First Name　Middle Initial　CL Number　　　Facility

Housing Location _4C-2_　Protective Custody ☐　Administrative Segregation ☐　Disciplinary Segregation ☑

**Part A – INMATE REQUEST**

I have been on segregated housing, with no ticket ever written, for a month. They have told me that there is no bed space on the compound yet they just moved new people into the jail today. I want to be taken off of seg. immediately and a monetary compensation of $100,000.00 for every day here.

_7-26-22_　　　　　　　　　　　　　_[signature]_ 475884
　Date　　　　　　　　　　　　　　Signature of Inmate

**Part B – RESPONSE**




_____　　　_____
　Date　　　　　　　　　Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**　　　　　　　Case No. _ECI-0927-22_

RETURN TO: _Holland_　_Kennedy_　_E_　_475-884_　_ECI_
　　　　　　Last Name　First Name　Middle Initial　CL Number　Facility

I acknowledge receipt of your complaint dated _____ in regard to: Rewrite ARP + include dates; times; what housing unit you where in before; what shift did you notify; who did you notify?

_7/28/22_　　_[signature]_
　Date　　　Facility ARP Coordinator

Dismissed for procedural reasons: Final per C.O.M.A.R. 12.02.28.11.A(1)(b) Additional information is needed to investigate your request. Please resubmit by: _8/12_ and include the following information.

0162903
Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

Appendix E to DOC.185.0002

### Instructions to Inmates for Completing Request for Administrative Remedy, DOC Form 185.0002cC

1. Use a typewriter or a pen with blue or black ink.

2. Your request must be addressed to the warden, managing official, or designee of the facility where you are housed, regardless of where the incident which you are complaining about occurred.

3. Your complaint must be submitted within the later of thirty (30) calendar days of the date on which the incident occurred or thirty (30) calendar days from the date that you first gained knowledge of the incident or injury giving rise to the complaint. Read COMAR 12.02.28 for a complete description of time frames.

4. If you believe that your request concerns a situation that poses a continuing threat to your health, safety, or welfare, you may ask that your request be processed as an emergency by checking the space provided.

5. Type or print the specifics of the complaint in the space provided in Part A. Use one form for each complaint or closely related complaints. Be sure to include the date of the incident, the names of the people involved, and a description of the incident. A description of any efforts you have made to resolve the incident informally before submitting this request is helpful. Keep the specifics as brief as possible. If you checked the Emergency Request space, you must include an explanation for why you believe your complaint should be processed as an emergency. If you need more space, use the continuation sheet that is in duplicate form.

6. Date and sign the request in the spaces provided in Part A. You may write "see attached" in Part A and attach a written or typed complaint on the continuation sheet that is in duplicate form.

7. Submit the request to an officer in the control center of the housing unit, a tier officer or a custody supervisor. If the warden, managing official, or designee has issued an Information Bulletin (IB) for submitting a Request for Administrative Remedy, follow those procedures.

8. If you need assistance in completing or submitting a Request for Administrative Remedy, write to your facility administrative remedy coordinator.

9. If at any time you wish to withdraw your complaint, please sign and date the Withdrawal Form, Appendix G to DOC.185.0002 and submit it to any staff member.

### Instructions to Staff for Completing - Receipt for Administrative Remedy, DOC Form 12.02.28c.

1. Sign and date the form(s) in the upper right hand corner where indicated.

2. Give the canary copy of the form(s) to the inmate.

3. Deliver the white copy of the form(s) to a location designated by the warden/ managing official by the end of your shift.

### Inmate Appeal Procedure

If you choose to appeal the warden's response, you must complete the Headquarters Appeal of Administrative Remedy Response, Appendix H to DOC.185.0002. The appeal must be received within 30 calendar days from the date you received the warden, managing official, or designee's response or within 30 calendar days from when the warden, managing official, or designee's response was due.

DOC Form 185.0002cC (Rev. 9/19)