# EXHIBIT 3-F

M. Whittington
Officer's Name: Print and Signature

16 Dec 21
Date

Appendix E to DOC.185.0002
0130910

Received
12/20/21

CASE NO. ECI-A 0203-21

## DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

TO: 3-11   ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☒ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Holland   Kennedy   E   475884/288667   ECI-Annex (4/20)
        Last Name   First Name   Middle Initial   CL Number   Facility

Housing Location War-39-C   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

At 6:03 PM on return from medication. Officer Cropper and two other officers were outside wrapping up the line. I got my medication after standing in line for 2 minutes prior and as I was returning to my building

12-15-21
Date

475884/288667
Signature of Inmate

**Part B – RESPONSE**

Your request for Administrative Remedy has been investigated and is hereby Dismissed; upon review of supporting documentation, it has been determined that there is no evidence to substantiate your claim that you were verbally harassed by staff. Documentation shows that staff acted in a professional manner towards you. At no time were you harassed, disrespected, or threatened by staff. Furthermore, you could not provide any witnesses to substantiate your claim.

M. Butler

Date

Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**   Case No. ECI-A 0203-21

RETURN TO: Holland   Kennedy   E   475884   ECI-A
           Last Name   First Name   Middle Initial   CL Number   Facility

I acknowledge receipt of your complaint dated _____ in regard to: staff

12/20/21
Date

Sgt. Young
Facility ARP Coordinator

0130910

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

**Part A (Continued) – INMATE REQUEST**

the three officers stopped me and Officer Cropper said "Next time I'm going to take it." I asked what he was ref to and he said "that hat." I accidentally wore my head scarf to med-line rushing out to make it. I was a little off guard because there had been 2 other officers outside watching the line that didn't address it or anyone else with hats or scarfs but needless to say those are the rules so I said to myself in a hushed tone as I was turning to walk away "Ummm. ok that's crazy." One of the other officers stopped me again and said "Did you just say Fuck you get out of my face?" Shocked by his question and aggression I immediately replied "No I didn't, are you about to make it look like I did?" Officer Cropper then responded "Now give it to me and get the fuck out of here before we...

12-15-21
Date

Kennedy Holland    475884/288067
Inmate's Name: Print and Signature    CL#

DOC form 185.0002c (Rev. 8/18)

Page 4 of 4

M. Whittington

## Part A (Continued) – INMATE REQUEST

write you a ticket and you will be suprised by what we can make you say." Terrified at his threatening of my freedom and their unwarrented aggression toward me I didn't say another word and came back to my building.

I am now even more hightend to the threat of my safety, well being, and freedom in this open housing facillity as a trans woman not only from inmates but also the staff and officers that will brasinly disrespect and even threaten me. They need to be terminated for their open disregdard for regulations and policy and I want monetary compensation of $100,000.00 per day starting from the day of my transfer to this facillity.

12-15-21
Date

Kennedy Holland
Inmate's Name: Print and Signature

475884/2880671
CL #

DOC form 185.0002c (Rev. 8/18)

Page 4 of 4

M. Whittington