# EXHIBIT 3-G

_D. Wingert, Wingert, Co_     _6/28/21_
Officer's Name: Print and Signature       Date

Appendix E to DOC.185.0002

**0123514**

CASE NO. _MCIH 0266-21_

### DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

WARDEN'S OFFICE
RECEIVED

JUN 3 0 2021

MCI-H

TO:    ☐   Warden, Managing Official, or Designee of Facility

Emergency Request:   ☑   Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: _Holland_    _Kennedy_    _E_    _475884 / 2880671_    _MCI-H_
     Last Name      First Name      Middle Initial      CL Number      Facility

Housing Location _D-1-27_   Protective Custody ☐   Administrative Segregation ☐   Disciplinary Segregation ☐

---

**Part A – INMATE REQUEST**

On 6-28-21 I have had once again an issue with my tier officer and getting in the shower. Officer Hawkins on 8-4 shift told me that I could not recieve a shower upon returning from Sheet Metal Vocation because he had to do count. I asked for an OIC and he told me they would just tell me the same thing.

_6-28-21_
Date             Signature of Inmate

---

**Part B – RESPONSE**

Date                       Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

---

**Part C – RECEIPT**

RETURN TO: _Holland, Kennedy E_    _475884_    Case No. _MCIH 0266-21_
     Last Name    First Name    Middle Initial    CL Number    _MCIH D-1-27_
                                           Facility

I acknowledge receipt of your complaint dated _6/28/21_ in regard to: Dismissed for Procedural Reasons.
Per Comar 12.02.28.11 A(1)(b) Additional Information is needed to investigate.
Rewrite / Resubmit by 7/15/21. Must include ① policy that is

_6/30/21_      _K. Partlow ARC_
Date        Facility ARP Coordinator

being violated - Copy. Show proof of violation ② need Remedy.

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

**0123514**

WARDEN'S OFFICE
RECEIVED

JUN 3 0 2021

MCI-H

DOC Form 185.0002cC (Rev. 9/19)

Appendix E to DOC.185.0002

**Instructions to Inmates for Completing Request for Administrative Remedy, DOC Form 185.0002cC**

1. Use a typewriter or a pen with blue or black ink.

2. Your request must be addressed to the warden, managing official, or designee of the facility where you are housed, regardless of where the incident which you are complaining about occurred.

3. Your complaint must be submitted within the later of thirty (30) calendar days of the date on which the incident occurred or thirty (30) calendar days from the date that you first gained knowledge of the incident or injury giving rise to the complaint. Read COMAR 12.02.28 for a complete description of time frames.

4. If you believe that your request concerns a situation that poses a continuing threat to your health, safety, or welfare, you may ask that your request be processed as an emergency by checking the space provided.

5. Type or print the specifics of the complaint in the space provided in Part A. Use one form for each complaint or closely related complaints. Be sure to include the date of the incident, the names of the people involved, and a description of the incident. A description of any efforts you have made to resolve the incident informally before submitting this request is helpful. Keep the specifics as brief as possible. If you checked the Emergency Request space, you must include an explanation for why you believe your complaint should be processed as an emergency. If you need more space, use the continuation sheet that is in duplicate form.

6. Date and sign the request in the spaces provided in Part A. You may write "see attached" in Part A and attach a written or typed complaint on the continuation sheet that is in duplicate form.

7. Submit the request to an officer in the control center of the housing unit, a tier officer or a custody supervisor. If the warden, managing official, or designee has issued an Information Bulletin (IB) for submitting a Request for Administrative Remedy, follow those procedures.

8. If you need assistance in completing or submitting a Request for Administrative Remedy, write to your facility administrative remedy coordinator.

9. If at any time you wish to withdraw your complaint, please sign and date the Withdrawal Form, Appendix G to DOC.185.0002 and submit it to any staff member.

**Instructions to Staff for Completing - Receipt for Administrative Remedy, DOC Form 12.02.28c.**

1. Sign and date the form(s) in the upper right hand corner where indicated.

2. Give the canary copy of the form(s) to the inmate.

3. Deliver the white copy of the form(s) to a location designated by the warden/ managing official by the end of your shift.

**Inmate Appeal Procedure**

If you choose to appeal the warden's response, you must complete the Headquarters Appeal of Administrative Remedy Response, Appendix H to DOC.185.0002. The appeal must be received within 30 calendar days from the date you received the warden, managing official, or designee's response or within 30 calendar days from when the warden, managing official, or designee's response was due.

DOC Form 185.0002cC (Rev. 9/19)