# EXHIBIT 3-H

_Akins Cos_ _____
Officer's Name: Print and Signature

_June 15, 2021_
Date

Appendix E to DOC.185.0002
**0099157**

CASE NO. MC1H 0246-21

**DIVISION OF CORRECTION**
**REQUEST FOR ADMINISTRATIVE REMEDY**
(Instructions for completing this form are on the back)

WARDEN'S OFFICE
RECEIVED

JUN 1 6 2021

MCI-H

TO: ☐ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Holland     Kennedy     E     475884 / 2880671     MCI-H
Last Name     First Name     Middle Initial     CL Number     Facility

Housing Location D-1-27     Protective Custody ☐     Administrative Segregation ☐     Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

On 6-14-21, 4-12 shift at about 8:30 pm I was told by the OIC for the North side of the building that I could not take a shower per the order of the acting LT. When my rec time began, the tier officer for D-1 (officer "IAMMV"), said that I could not take a shower once all recs were completed I only ...

6-14-21
Date     Signature of Inmate

**Part B – RESPONSE**

Date     Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**     Case No. MC1H 0246-21

RETURN TO: Holland, Kennedy E     475884     MCIH D-1-27
Last Name     First Name     Middle Initial     CL Number     Facility

I acknowledge receipt of your complaint dated 6/14/21 in regard to: dismissed for procedural reasons. Per Com AR 12.02.28.09: D(2)(f) Need a Remedy. Rewrite/Resubmit by 6/30/21. Also, What policy is being violated? Explain.

6/16/21     K. Parter ARC
Date     Facility ARP Coordinator

WARDEN'S OFFICE
RECEIVED
0099157
JUN 1 6 2021

Original: White - Facility ARP Coordinator
Copy: Canary - Inmate

MCI-H

DOC Form 185.0002cC (Rev. 9/19)

Adkins cos (?.— June 15, 20_

### Part A (Continued) - INMATE REQUEST

Could get in during the rec while other inmates were out for rec. I have had this same difficulty with the same officer a time before but I attributed it with her being new and let it rest. She told me in a very aggressive manner that she "isn't other officers" "she's not going to do what the other officers do". I asked to speak with the OIC or someone in Brass because she was very combative unnecessarily and she told me all they would do is reiterate what she was saying. I waited until the end of my rec time and that's when the OIC came. When he came she tried to bombard him with her version of events but he stopped to listen to me first then walked with her to the tier office where he contacted a LT then came back to inform me that I was not going to be allowed to take a shower at all. I asked for her name because it was not on her uniform nor did she have a name tag on and she didn't want to tell me so I asked if she could please be available when this ARP is brought up and she responded "Are you threatening me".

WARDEN'S OFFICE
RECEIVED

JUN 16 '21

MCI-H

| 6-14-21 | Kennedy Holland | 475884/288061 |
|---|---|---|
| Date | Inmate's Name: Print and Signature | CL # |

DOC Form 185.0002c (Rev 8/18)

Appendix E to DC

**Instructions to Inmates for Completing Request for Administrative Remedy, DOC Form 185.000**

1.  Use a typewriter or a pen with blue or black ink.

2.  Your request must be addressed to the warden, managing official, or designee of the facility where you are housed, regardless of where the incident which you are complaining about occurred.

3.  Your complaint must be submitted within the later of thirty (30) calendar days of the date on which the incident occurred or thirty (30) calendar days from the date that you first gained knowledge of the incident or injury giving rise to the complaint. Read COMAR 12.02.28 for a complete description of time frames.

4.  If you believe that your request concerns a situation that poses a continuing threat to your health, safety, or welfare, you may ask that your request be processed as an emergency by checking the space provided.

5.  Type or print the specifics of the complaint in the space provided in Part A. Use one form for each complaint or closely related complaints. Be sure to include the date of the incident, the names of the people involved, and a description of the incident. A description of any efforts you have made to resolve the incident informally before submitting this request is helpful. Keep the specifics as brief as possible. If you checked the Emergency Request space, you must include an explanation for why you believe your complaint should be processed as an emergency. If you need more space, use the continuation sheet that is in duplicate form.

6.  Date and sign the request in the spaces provided in Part A. You may write "see attached" in Part A and attach a written or typed complaint on the continuation sheet that is in duplicate form.

7.  Submit the request to an officer in the control center of the housing unit, a tier officer or a custody supervisor. If the warden, managing official, or designee has issued an Information Bulletin (IB) for submitting a Request for Administrative Remedy, follow those procedures.

8.  If you need assistance in completing or submitting a Request for Administrative Remedy, write to your facility administrative remedy coordinator.

9.  If at any time you wish to withdraw your complaint, please sign and date the Withdrawal Form, Appendix G to DOC.185.0002 and submit it to any staff member.

**Instructions to Staff for Completing - Receipt for Administrative Remedy, DOC Form 12.02.28c.**

1.  Sign and date the form(s) in the upper right hand corner where indicated.

2.  Give the canary copy of the form(s) to the inmate.

3.  Deliver the white copy of the form(s) to a location designated by the warden/ managing official by the end of your shift.

**Inmate Appeal Procedure**

If you choose to appeal the warden's response, you must complete the Headquarters Appeal of Administrative Remedy Response, Appendix H to DOC.185.0002. The appeal must be received within 30 calendar days from the date you received the warden, managing official, or designee's response or within 30 calendar days from when the warden, managing official, or designee's response was due.

DOC Form 185.0002cC (Rev. 9/19)