# EXHIBIT 1

1      IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF MARYLAND
2        NORTHERN DIVISION

3 CHELSEA GILLIAM, et al.,    )
               )
4     Plaintiffs,   )
    vs.        )
5            ) CIVIL NO.:
 DEPARTMENT OF PUBLIC SAFETY AND ) 1:23-cv-01047-MJM
6 CORRECTIONAL SERVICES, et al., )
               )
7     Defendants.   ) **VOLUME III (Excerpt)**
 _____)

8

9             Baltimore, Maryland
             December 1, 2023
10            10:19 a.m.

11       TRANSCRIPT OF PROCEEDINGS
    **MOTIONS HEARING EXCERPT – COURT'S RULING**
12   BEFORE THE HONORABLE MATTHEW J. MADDOX
       Via Videoconference

13
 For the Plaintiffs:

14
   JESSICA P. WEBER, Esquire
15   LAUREN A. DIMARTINO, Esquire
   SHARON K. WEISBAUM, Esquire
16   EVAN MONOD, Esquire
    Brown Goldstein and Levy LLP
17    120 E. Baltimore Street, Suite 1700
    Baltimore, MD 21202
18
   DEBORAH M. GOLDEN, Esquire
19    The Law Office of Deborah M. Golden
    700 Pennsylvania Ave. SE, 2nd Floor
20    Washington, DC 20003

21 For the Defendants:

22   KELLY M. DONOHO, Esquire
   MERRILYN E. RATLIFF, Esquire
23    Office of the Attorney General
    6776 Reisterstown Road, Suite 313
24    Baltimore, MD 21215

25 Also Present:  Chloe Grey
   (Computer-aided transcription of stenotype notes)

1    I do believe that the plaintiff has demonstrated

2    likelihood of irreparable harm should her hormone therapy not

3    be administered on a consistent basis as she has testified has

4    been prescribed to her.  But I believe the plaintiff has failed

5    to establish the likelihood of irreparable harm that would

6    result if she is not transferred to a facility designated for

7    women.  The plaintiff has claimed a need for social transition

8    in the form of a transfer to a women's facility as a sort of

9    treatment for gender dysphoria.  Dr. Lowell's testimony has

10   been offered to support this claim.  I'm not persuaded by that

11   testimony.

12       I find more credible and compelling the indication in

13   the department's gender dysphoria policy that gender dysphoria

14   as a diagnosis calls for individualized treatment, based upon

15   consultation with the inmate's treating psychiatrist and other

16   service providers, as well as experts on mental health

17   treatment in correctional settings.  Additionally, the DOJ PREA

18   Prison and Jail Standards rule provides that agencies must make

19   individualized determinations about how to ensure the safety of

20   each inmate and to make determinations on a case-by-case basis

21   whether a placement at a facility designated for the

22   transgender inmate's gender identity would ensure the inmate's

23   health and safety and whether such a placement would present

24   management or security problems.

25       Dr. Lowell has not examined, treated or provided