# EXHIBIT A

Case 1:23-cv-01047-MJM    Document 95-6    Filed 02/23/24    Page 1 of 5

I, Chloe Grey, testify to the following:

1. Since my last declaration, I have continued to be deprived of the correct doses of my hormone treatment.
2. On November 23, 2023, I was not given my PM 100 mg of Spirnolactone but witnessed the nurse document that I received it. As a result I had a severe panic attack.
3. On November 24, 2023, the morning nurse only gave me 2 mg of estrace despite my request for the full 6 mg I am prescribed.
4. On November 26, 203 the P.M. nurse refused to provide me with my spirnolactone.
5. The officer refused to provide me an ARP or contact the supervisor to document the refusal.
6. On November 20, 2023, the AM nurse gave me only 2 mg of estrace but signed the MAR as though I received my full dose.
7. On November 18, 2023, the AM nurse only gave me 2 mg of estrace but documented the full dose.
8. I have also been regularly deprived of meals.
9. On November, 18, 2023 I was deprived of dinner.
10. On November 22, 203 the same officer deprived me of dinner.

11. On November 23, 2023 I was deprived of lunch.
12. On November 27, 2023 I was deprived of dinner.
13. I was given infractions on November 22 and 25, 2023. The narratives contained within those infractions are inaccurate.
14. On November 28, 2023, I was brought to Captain Carter's office and told that she was instructed to tell me that if I fought the charges I was going to be found guilty and sent to North branch.
15. I refused to plead guilty to something I did not do.
16. I was then taken to a holding cell for 4 hours, approximately.
17. Next, I was taken to Sgt. Edogiawerie's office, or "the hearing room." He said the hearing wouldn't be on the record and they would say she agreed to plea guilty to 403 and 410 infractions.
18. I said I didn't agree to plead guilty.
19. I never attended a hearing.
20. I was then given paperwork stating I reached a plea agreement despite my protests.

21. On November 25, 2023 I filed a PREA complaint.

22. On November 26, 2023 I was issued an infraction for something alleged to have occurred on November 25. The reported facts were false.

23. On November 28, 2023, an inmate was escorted by my cell and spit in my face and called me a faggot.

24. The guards refused to accept a formal complaint but instead offered to do me "a favor" and moved him off the tier. They did

25. This inmate was being held in cell 14 and is nicknamed "Nelly". He had been consistently threatening me leading up to this incident.

26. Captain Carter has also informed me that there have been "high level discussions" about my "disposition" after the upcoming hearing on December 1. They said they are planning to transfer me to a male facility where I "don't want to go" to show me "what happens" when you file complaints against the administration.

27. Two detectives that visited me on November 28, 2023 confirmed that threat.

28. I can't look at myself in the mirror — my gender dysphoria is the worst it has ever been

I declare under the penalty of perjury that this testimony is true.

November 29, 2023   *Chloe Grey*
                    Chloe Grey