# EXHIBIT 7

```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                         NORTHERN DIVISION

 3    CHELSEA GILLIAM, et al.,    )
                     Plaintiffs,  )
 4                                )
                 vs.              )    CIVIL CASE NO.
 5                                )    1:23-cv-01047-MJM
      DEPARTMENT OF PUBLIC SAFETY &)
 6    CORRECTIONAL SERVICES, et al.,)
                     Defendants.  )
 7    _____)    1:28 p.m.

 8                      TUESDAY, NOVEMBER 21, 2023
                              Courtroom 5C
 9                         Baltimore, Maryland

10                     TRANSCRIPT OF PROCEEDINGS
                       ZOOM TRO HEARING - VOLUME I
11            BEFORE THE HONORABLE MATTHEW J. MADDOX

12
      For the Plaintiffs:
13
      Jessica P. Weber, Esquire
14    Deborah M. Golden, Esquire
      Lauren A. DiMartino, Esquire
15    Sharon Krevor Weisbaum, Esquire
      Evan Monod, Esquire
16     Brown Goldstein & Levy
       120 East Baltimore Street, Suite 2500
17     Baltimore, MD 21202

18
      For the Defendants:
19
      Merrilyn E. Ratliff, Esquire
20    Kelly Mullen Donoho, Esquire
       Office of Attorney General
21     6776 Reisterstown Road, Suite 313
       Baltimore, MD 21215
22     _____
            (Computer-aided Transcription of Stenotype Notes)
23
               Reported by: Amanda L. Longmore, RPR, FCRR
24                   Federal Official Court Reporter
                    101 W. Lombard Street, 4th Floor
25                    Baltimore, Maryland  21201
                             410-962-4474
```

1  it would be nice to clear my head with some fresh air.  I
2  begged to be taken out.
3       A male officer was brought up to escort me to the
4  recreation yard.  I have had incidents with him in the past
5  being very disrespectful to me, calling me a homosexual male
6  and refusing to use my pronouns.  He again started to do this,
7  and we had a verbal back and forth that became increasingly
8  heated, in which he contended that I was a faggot and he would
9  not call me a women.
10      He handcuffed me behind my back.  He walked me down the
11 hall and took me to a stairwell I had never been taken into
12 before.  It's called the DC yard stairwell by these officers
13 here.  The stairwell is completely pitch black.  There's lights
14 but none of them apparently work.  There are no surveillance
15 cameras, and he took me into the stairwell by himself.
16      Another officer stepped in but stayed on the third floor.
17 He proceeded to continue to argue with me back and forth.  He
18 took me down two flights of stairs and then he pushed me down
19 roughly six or so stairs to the next landing of the stairwell.
20      I was kind of unsure what had happened, if it had been a
21 slip.  I did not initially think it was an intentional act.  I
22 kind of struggled to my knees.  He immediately grabbed me by
23 the back of my neck and became extremely aggressive and hostile
24 and told me that I'm a faggot, I'm not a woman, and he made
25 several comments that I did not have real breasts, he assumed

1   that I was stuffing my shirt with something.
2        He slid his hand underneath my shirt, underneath my bra,
3   and proceeded to very violently twist my breast to the point
4   that it caused excruciating pain to me.  This seemed to make
5   this man even more angry that my shirt wasn't stuffed, that I
6   in fact had breasts.
7        He then proceeded to put his hand down the front of my
8   pants and grab my genitals, and he squeezed my genitals in a
9   very violent and aggressive manner and told me, "faggot, this
10  is why you're not a woman, I will never fucking call a faggot a
11  woman," and continued to make slurs to me.  I immediately
12  started to scream at him to get the eff off of me, to take his
13  hands off of me.  I started to cry and scream for help.  At
14  this time, the second officer who had remained upstairs came
15  downstairs and told him, hey, what's going on, we need to go,
16  we need to go.
17       So they rushed me out of the stairwell and they placed me
18  into the recreation yard.  Once I was in -- oh, I'm sorry.
19  Q.   I'm sorry, let's pause for a second, Ms. Grey.
20       Do you know the name of the officer who --
21  A.   I believe his name is Chimezie Duru.
22  Q.   And you mentioned that he grabbed and twisted a breast.
23  Which breast?
24  A.   My right breast.
25  Q.   Okay.  So you were then -- were you then after that taken

1  taking place. I had to have a pass for that officer to open
2  the door and let me in. I did have a pass. I did not have a
3  hard pass. I had a temporary white piece of paper pass that
4  they commonly issue at this institution. I was authorized to
5  be there. Correctional staff allowed me to be there. They
6  issued me a pass, so they allowed me to go to that location. I
7  was not out of bounds.
8           MS. RATLIFF: Okay. Court's indulgence. I
9  apologize. I know it's getting late.
10 BY MS. RATLIFF:
11 Q.   I am going to show you what is Exhibit D to the
12 defendant's opposition. It would be --
13          THE CLERK: Ms. Ratliff, did you say B as in boy or D
14 as in David?
15          MS. RATLIFF: D as in David. Thank you for
16 clarifying.
17          THE CLERK: Thank you.
18          THE COURT: Do you also have the ECF number,
19 Ms. Ratliff?
20          MS. RATLIFF: I do. It's ECF 59-7.
21          THE COURT: Thank you.
22          MS. RATLIFF: Your Honor, I'm actually going to move
23 on.
24 BY MS. RATLIFF:
25 Q.   Ms. Grey, isn't it true that you still have male

1   genitalia?
2   **A.**   I wouldn't refer to it as that because my body has been
3   dramatically altered by hormone replacement therapy and it's
4   not what I would refer to as male genitalia.
5   **Q.**   So I'll ask the question a different way. Isn't it true
6   that you have not undergone gender reassignment surgery on the
7   bottom I believe is how it is referred to?
8   **A.**   As of yet, yes.
9          MS. RATLIFF:   Thank you. Ms. Grey, I have no further
10  questions for you right now. Thank you very much for your
11  time.
12         THE COURT:   All right. Any redirect, Ms. Weber?
13         MS. WEBER:   Just a little. I recognize it's getting
14  late. I'll keep it brief.
15                   REDIRECT EXAMINATION
16  BY MS. WEBER:
17  **Q.**   Ms. Grey, you were asked about requesting to be housed
18  with Mr. Brill. Do you recall that?
19  **A.**   Yes, ma'am.
20  **Q.**   Were you ever given the choice to be housed with Mr. Brill
21  in men's housing or between being housed in a women's facility?
22  **A.**   Never. At no time have I ever been offered any
23  resemblance of the option of being housed in a female
24  institution.
25  **Q.**   If asked to choose between being housed with Mr. Brill in