# EXHIBIT 8

```
 1                 IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
 2                          NORTHERN DIVISION

 3     CHELSEA GILLIAM, et al.,     )
                       Plaintiffs,  )
 4                                  )
                  vs.               )   CIVIL CASE NO.
 5                                  )   1:23-cv-01047-MJM
       DEPARTMENT OF PUBLIC SAFETY &)
 6     CORRECTIONAL SERVICES, et al.,)
                       Defendants.  )
 7     _____)   9:01 a.m.

 8                    WEDNESDAY, NOVEMBER 22, 2023
                             Courtroom 5C
 9                        Baltimore, Maryland

10                    TRANSCRIPT OF PROCEEDINGS
                     ZOOM TRO HEARING - VOLUME II
11             BEFORE THE HONORABLE MATTHEW J. MADDOX

12
       For the Plaintiffs:
13
       Jessica P. Weber, Esquire
14     Deborah M. Golden, Esquire
       Lauren A. DiMartino, Esquire
15     Sharon Krevor Weisbaum, Esquire
       Evan Monod, Esquire
16      Brown Goldstein & Levy
        120 East Baltimore Street, Suite 2500
17      Baltimore, MD 21202

18
       For the Defendants:
19
       Merrilyn E. Ratliff, Esquire
20     Kelly Mullen Donoho, Esquire
        Office of Attorney General
21      6776 Reisterstown Road, Suite 313
        Baltimore, MD 21215
22     _____
             (Computer-aided Transcription of Stenotype Notes)
23
              Reported by: Amanda L. Longmore, RPR, FCRR
24                   Federal Official Court Reporter
                    101 W. Lombard Street, 4th Floor
25                     Baltimore, Maryland  21201
                              410-962-4474
```

Cross Examination - Kimberly Stewart

1  Q.   There are men at your institution who have been convicted
2  of sexual assault, correct?
3  A.   Yes.
4  Q.   And there are men at your institution who have been
5  convicted of murdering other men, right?
6  A.   Yes.
7  Q.   And I -- there are women who have been convicted of
8  murdering other women?
9  A.   Yes.  I would assume.  I don't know of a specific case but
10 I would assume.
11 Q.   When Ms. Grey was taken for the PREA exam or the SAFE exam
12 inside the institution on the 10th, were you aware that she was
13 offered an exam by a male nurse?
14 A.   That day -- I believe that would have been -- that was a
15 Friday, I believe it was a state holiday so I was not in the
16 facility at the time of.  I believed that I read a report
17 after.
18      First of all, my understanding is I'm not sure if there's
19 a physical component to a SAFE exam.  I think that it's an
20 educational component that a male nurse may have been offering,
21 but I also read a report that then when she did not want to see
22 the male nurse, a female nurse was offered.  That was still
23 declined.  But medical took -- undertook the effort for her
24 comfort level to then order the transport to Mercy.
25           MS. GOLDEN:  May I ask the Court's indulgence for a