IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHELSEA GILLIAM, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-23-01047 |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.*, | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER TO ENFORCE TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Motion to Enforce Temporary Restraining Order, and any opposition thereto, it is this _____ day of _____, 2024,

ORDERED that Plaintiffs' motion is hereby GRANTED; and it is further

ORDERED that Defendants provide Ms. Grey with a facial hair inhibitor cream pursuant to the Court's order on December 4, 2023; and it is further

ORDERED that Ms. Grey should be housed at a women's facility within the Maryland Department of Public Safety and Correctional Services.

_____
U.S. District Judge, District of Maryland