IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA GILLIAM, *at al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:23-cv-1047-MJM |
| DEPT. OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.*, | * | |
| | * | |
| Defendants. | | |
| | * | |

\* \* \* \* \* \* \* \* \*

**TABLE OF CONTENTS**

INTRODUCTION ...................................................................................................................2

FACTUAL AND PROCEDURAL BACKGROUND ............................................................3

ARGUMENT ..........................................................................................................................8

    I.    Ms. Grey's "Motion to Enforce" is Moot Because DPSCS Has Conducted the Ordered "Assessment of [Ms. Grey's] Housing Placement" and Has Attempted to Locate A Replacement Over the Counter Facial Hair Inhibitor Product................................................8

    II.    Ms. Grey Is Not Entitled to Additional Relief..............................................14

CONCLUSION......................................................................................................................20