IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA GILLIAM, *at al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. 1:23-cv-1047-MJM |
| DEPT. OF PUBLIC SAFETY AND, CORRECTIONAL SERVICES *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Plaintiff's Motion to Enforce Temporary Restraining Order and Preliminary Injunction, and the Defendant's opposition thereto, it is this _____ day of _____, 2024, hereby,

ORDERED, that the Plaintiff's Motion be and hereby is DENIED.

_____
JUDGE MATTHEW J. MADDOX
United States District Court
for the District of Maryland