Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| Clothing | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADMIS | GP | ADM SEG | DISC SEG |
| Belt, max 2" buckle, $20 no logos, insignia or designs | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Bras, State-issue | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 7 | 3 | 3 | 0 | 0 | 0 |
| ++Coat, Jacket- 3/4 or fingertip length max (no leather, fur, overstuffed, "puffy", reversible, black liners, or hoods); (segregation inmates will be issued as needed) State Issue only | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 |
| Footwear (any combination, max 2" heel, 8" high boots, athletic shoes, shower shoes, slippers, sandals, shoes); no battery-powered or pump-type tennis shoes, metal, plastic, or fiberglass shanks in shoes; $100 per pair | 4 | 2 | 2 | 4 | 2 | 2 | 4 | 2 | 2 | 2 | 4 | 2 | 2 |
| Handkerchiefs, white only, max size 16" x 18" | 6 | 0 | 0 | 6 | 0 | 0 | 6 | 0 | 0 | 6 | 6 | 0 | 0 |
| +Hat (knit style), $10 each | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | 0 |
| ++Hat (baseball style hat), $10 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 0 |
| Hat (stretch nylon style); No strings; White or Gray only | 2 | 1 | 0 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 1 |
| Hat (rain bonnet), commissary only | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| Jumpsuit or hospital-type scrubs (set) | 0 | 1* | 1* | 0 | 1* | 1* | 0 | 1* | 1* | 2** | 0 | 1* | 1* |
| Pajamas (nightgown, female only), sets - $20 each | 2 | 0 | 0 | 2 | 0 | 0 | 2 | 2 | 2 | 2 | 2 | 0 | 0 |
| Rain poncho or raincoat (clear) - $15 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 |
| ++Shirts & Sweatshirts only; $25 each); Sweatshirts & sweatpants – Gray no pockets only (combined total) | 6 | 1* | 1 * | 6 | 1* | 1* | 6 | 1* | 1* | 2** | 6 | 1* | 1* |
| ++Shorts, athletic, Gray only (no pockets, cargo pockets, or logos) -$25 each | 4 | 1 | 1 | 4 | 1 | 1 | 4 | 1 | 1 | 0 | 4 | 1 | 1 |
| Shower robe - $20 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 |
| Socks, white or gray -  pair - $4 per pair | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 |
| Special work clothing | 1. AS PERMITTED | | | | | | | | | | | | |
| Thermal underwear, white or gray (set) - $15 each | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| ++Trousers, pants, sweat pants/leisure-style pants, (no cargo pockets) (skirts, female only) $50 each (combined total) | 4 | 2 | 1* | 4 | 2* | 1* | 4 | 2* | 1* | 2** | 4 | 2* | 1* |

**Exhibit C**

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| Undershirts/Tee-shirts, **$4.02-$11.36** each, short sleeve, no sleeveless or tank tops (plain white or gray - males) (plain gray - females) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Underpants, white or gray, **$2.89-$5.22** each Boxers/Briefs (or any combo) | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| **Jewelry and Personal Accessories** | | | | | | | | | | | | | |
| Clothes hangers (plastic) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Lock, available from Commissary (as necessary) | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Earrings, pair, $50 (female only) | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 0 | 0 |
| Religious articles (Bible, Koran, etc.) | | | | | | | | | | | | | |
|   Jewelry, Religious only, $25 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
|   Clothing, white, gray, cream only (Seg – Headwear Only) | 3 | 1 | 0 | 3 | 1 | 1 | 4 | 1 | 1 | 1 | 3 | 1 | 1 |
|   Other | 4 | 1 | 1 | 4 | 1 | 1 | 4 | 1 | 1 | 1 | 4 | 1 | 1 |
| Ring, wedding - $75 Plain – No stones | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | | | | | | | | |
| Shoe/boot laces (spares) | 1 | 0 | 0 | 1 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 0 |
| Shoe polish – no wax | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Shoeshine brush | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Shoeshine cloth | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Sunglasses (no wraparound or mirrored) | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Trash can – max 3 gallons (plastic or fiberglass only) | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Wristwatch (No larger than 2" x 2" & ½" thick - $50 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **APPLIANCES AND ACCESSORIES** | | | | | | | | | | | | | |
| Alarm clock, clear case, battery or wind-up only  $15 (no clock radios) | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Antenna, TV (as needed) | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |

**Exhibit C**

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| Batteries, (to include watch battery, plus 1 additional set AA & AAA only) | **I. AS REQUIRED** | | | | | | | | | | | | |
| Beard and mustache trimmer (cordless, battery-operated, plastic clipper attachment), commissary or catalog – clear; No re-chargeable | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Book lights, clip-on, clear $15 battery operated; No Metal Springs | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Calculator (pocket size-battery only) - $10 | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Cassette tapes, compact discs commercially recorded, factory-sealed, any combination (NO DVD) | 8 | 0 | 0 | 8 | 0 | 0 | 8 | 0 | 0 | 0 | 8 | 0 | 0 |
| Surge Protector – 6 or less outlets, 9 ft. max cord based on need, no power strips; UL approved. | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Fan, where electrical system allows or battery-<u>operated - max</u> 8 inch, plastic (clear only). | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| ***Play Station Console (new or re-furbished), or Xbox for inmates with authorized televisions only; or Hand Held Game System – Stationary or Game Boy Type; or accessories except AC adaptor;  $375, clear case if available; Items may not have Internet, Ethernet or Wi-Fi capacity | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| ****Game Cartridges, $50 each. (Permissible rating: "E" for everyone, and "T" for Teen games, "M" for Mature from approved list only). | 6 | 6 | 0 | 6 | 6 | 0 | 6 | 6 | 0 | 0 | 0 | 0 | 0 |
| Electronic Dictionary (Item may not have Internet, Ethernet, Wi-Fi or expandable memory capability) Clear case, if available. | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Headphones (clear) -  $25 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| Play Station or Xbox - Controller | 2 | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Play Station or Xbox - Memory Card | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Play Station or Xbox Adapter (proper adapter for T.V.) | 1 | 0 | 0 | 1 | 0 | 0 | 100 | 0 | 0 | 0 | 0 | 0 | 0 |
| Radio, AM or AM/FM, Walkman/MP3 type (clear case only) with or w/o cassette or compact disc, or headset (No recording capability or detachable speakers) - $75. **Prior to March 1, 1998:** maximum dimensions 22" L (left to right) x 12" W (front to back) x 10" H (top to bottom) **After March** | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |

## Exhibit C

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| 1, 1998: Walkman type only. **After November 1, 1998:** clear case only | | | | | | | | | | | | | |
| Television or TV/AM/FM radio combo (15" max. screen) $350, **After November 1, 1998:** clear case type only with or, **after September 1, 2015,** flat panel (clear or black trim) with or without remote | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Converter Box for television or TV/AM/FM radio combo must be clear case type only - **$70** | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Remote (clear) | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Typewriter (portable/manual or electric with word processing capabilities) - catalog sales only, no detachable monitor or disk capabilities - $350, After May 4, 2010: clear case type only. | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Other accessories for appliances (e.g. typewriter ribbon, earphone extensions, AC appliance adaptors, coax connectors (as permitted). No universal adaptors | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 |
| **MISCELLANEOUS** | | | | | | | | | | | | | |
| Air freshener, solid | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Comb – Flexible Plastic (6 inch or less bush pick or regular) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Drinking cup clear only (non-facility – 16 oz. max) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hair brush plastic – Commissary only | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Laundry soap (Liquid/Powder/Solid determined by Warden) | 2 | 1 | 1 | 2 | 1 | 1 | 2 | 1 | 1 | 1 | 0 | 0 | 0 |
| Vitamins – Multiple (container) No amino or creatine type supplements | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Mirror- Flexible plastic only | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Nail clipper (small) (Personal/loaned at Warden's Discretion) | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

**Exhibit C**

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| Over the counter Meds - includes: Antacid (pack); Cough drops (bag); Acne medication (container); Antihistamine (pack); Mild laxative (tablet form) Topical analgesic (container); Topical antifungal - any brand with a maximum of 2 percent main ingredient cream (container); Oral analgesic (pack) Rectal suppositories/ointments (pack)     **Total in any combination** | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Razor (disposable only) (Issued/loaned at Warden's discretion) | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 0 |
| Roach/Ant motel (If available on Commissary form) | 0 | 0 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Calendar Wall (8.5" x 11") or pocket | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Soap dish (plastic) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Toothbrush (Disc. Seg. flexible only) | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 1 | 2 | 2 | 1 |
| Toothbrush Holder or Cap (Facility Specific) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **HYGIENE ITEMS – NO GLASS.  CLEAR SUBSTANCES OR CONTAINERS ONLY** | | | | | | | | | | | | | |
| Soap | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 |
| Body Wash | 1 | 1 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 2 | 1 |
| Tooth Paste | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Deodorant ; (non-flammable, non-aerosol) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Hair Care | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Other Hygiene items not listed above but sold in commissary: Aftershave; Bunion and Callus Pads (box); Chapstick; Contact lens cleaner; Contact lens solution; Cotton swabs (box); Dental flossing instruments with floss less than 3"; Dental loops; Denture adhesive; Denture cleaner; Eye wash; Mouthwash; Shampoo; Shaving cream (non-aerosol); Skin cream or lotion (no baby oil); Talcum powder.     **Number permitted for EACH item listed as Other Hygiene:** | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| **Total permitted for all Hygiene Items Combined:** | 25 | 25 | 0 | 25 | 25 | 15 | 25 | 25 | 15 | 25 | 25 | 25 | 15 |

## Exhibit C

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| Toilet paper rolls | 3 | 3 | 1 | 3 | 3 | 1 | 3 | 3 | 1 | 1 | 3 | 3 | 1 |
| **STATIONERY ITEMS** | | | | | | | | | | | | | |
| Approved extension course material | II.   AS REQUIRED | | | | | | | | | | | | |
| Binder (notebook/no metal) | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 |
| Books and papers (personal, legal, etc.); Magazines & Newspapers – 4 total max. by subscription; Legal CD/DVD. – Maximum of 1.5 cu ft. (e.g. 12" x 12" X 18") | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu. ft. | 1.5 cu. ft. | 1.5 cu. ft. | 1.5 cu ft. | 1.5 cu ft. | 1.5 cu ft. |
| Books, school | III.   AS REQUIRED | | | | | | | | | | | | |
| Greeting cards | AS APPROVED | | | | | | | | | | | | |
| Pens (ballpoint) - plastic refills only or flair.  Disc. Seg – Flexible only.  **Number permitted for Each Item:** | 4 | 4 | 1 | 4 | 4 | 1 | 4 | 4 | 1 | 4 | 4 | 4 | 1 |
| Photo album (no metal) | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Photograph w/plastic frame | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 |
| Postage stamps/stamped envelopes | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| Ruler, plastic – Flexible only | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Scotch tape, rolls | 2 | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 |
| Writing paper tablets (no metal) | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **LINEN ITEMS** | | | | | | | | | | | | | |
| Laundry bag (Commissary only) | 2 | 2 | 1 | 2 | 2 | 1 | 2 | 2 | 1 | 0 | 0 | 0 | 0 |
| Personal sheets and pillow cases – 1 set as permitted.  No white or banned colors (self-laundered only) | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Towels, hand or bath | 6 | 2 | 2 | 6 | 2 | 2 | 6 | 2 | 2 | 2 | 3 | 0 | 0 |
| Washcloths | 4 | 2 | 2 | 4 | 2 | 2 | 4 | 2 | 2 | 2 | 3 | 0 | 0 |
| **RECREATIONAL MATERIALS** | | | | | | | | | | | | | |
| Art brushes (storage to be determined by facility) | 5 | 5 | 0 | 5 | 5 | 0 | 5 | 5 | 0 | 0 | 0 | 0 | 0 |
| Art sets (chalk/water colors/charcoal coloring pencils/non- | 1 Set | 1 Set | 0 | 1 Set | 1 Set | 0 | 1 Set | 1 Set | 0 | 0 | 0 | 0 | 0 |

**Exhibit C**

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| toxic) where permitted - commissary only. | | | | | | | | | | | | | |
| Board games/Dominos (no dice) - $20 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Chess set (flexible preferred) - $20 | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Guitar (no electric), $150 with or without case | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Guitar strings, exchange only | IV.    **EXCHANGE** | | | | | | | | | | | | |
| Harmonica, $25 with case | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 |
| Jigsaw puzzles (must fit available inmate personal storage) | 0 | 0 | 0 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| Playing cards | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 0 |
| Support belt/athletic supporter | V. **AS REQUIRED** | | | | | | | | | | | | |
| **MEDICAL ITEMS** | | | | | | | | | | | | | |
| Dentures and container | VI.    **AS PRESCRIBED** | | | | | | | | | | | | |
| Eyeglasses/contact lenses and case | **AS PRESCRIBED** | | | | | | | | | | | | |
| Other items (braces, etc.) elastic joint support, other medical items or equipment | VII.   **AS PRESCRIBED** | | | | | | | | | | | | |
| Prosthetics | VIII. **AS PRESCRIBED** | | | | | | | | | | | | |
| **FOOD/DRINK ITEMS – NO GLASS CONTAINERS** | | | | | | | | | | | | | |
| Beef Jerky | 6 | 6 | 0 | 6 | 6 | 0 | 6 | 6 | 0 | 0 | 6 | 6 | 0 |
| Candy, bags | 5 | 5 | 0 | 5 | 5 | 0 | 5 | 5 | 0 | 0 | 2 | 2 | 0 |
| Candy bars | 24 | 24 | 0 | 24 | 24 | 0 | 24 | 24 | 0 | 0 | 24 | 24 | 0 |
| Packaged meals (tuna fish/soup, potted meat); No cans or foil; sealed packets only.     **Combined Total:** | 15 | 15 | 0 | 15 | 15 | 0 | 15 | 15 | 0 | 0 | 10 | 10 | 0 |
| Cereals | 2 | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 0 |
| Coffee, Hot Chocolate individual packs | 24 | 24 | 0 | 24 | 24 | 0 | 24 | 24 | 0 | 0 | 24 | 24 | 0 |
| Crackers/cookies/cakes (boxes) combined total | 3 | 3 | 0 | 3 | 3 | 0 | 3 | 3 | 0 | 0 | 3 | 3 | 0 |
| Creamer-non-dairy (50 pack box) | 2 | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 1 | 1 | 0 |
| Instant drinks (containers) | 5 | 5 | 0 | 5 | 5 | 0 | 5 | 5 | 0 | 0 | 5 | 5 | 0 |

**Exhibit C**

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

| | Max II | | | Male (Except Max II) | | | Female | | | | Pretrial/ Reception | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | ADM SEG | DISC SEG | GP | AD SEG | DISC SEG | GP | AD SEG | DISC SEG | ADM IS | GP | ADM SEG | DISC SEG |
| Potato chips/popcorn/pretzels/nuts **Combined Total:** | 8 | 8 | 0 | 8 | 8 | 0 | 8 | 8 | 0 | 0 | 8 | 8 | 0 |
| Pudding (packages) | 2 | 2 | 0 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 0 |
| Soft drinks/juice (case of 24 or as permitted) – No cans, Plastic only | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Soup noodles | 14 | 14 | 0 | 14 | 14 | 0 | 14 | 14 | 0 | 14 | 14 | 14 | 0 |
| Spreads -condiments/ mayo/honey/ cheese/jelly **Combined Total:** | 6 | 6 | 0 | 6 | 6 | 0 | 6 | 6 | 0 | 0 | 6 | 6 | 0 |
| Sweetener (box) | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Tea bags – 1 box | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Plastic bowl (1 quart maximum) | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| Plastic fork and spoon (1 pack commissary only) | 1 | 1 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 0 |

**Exhibit C**

Maryland Department of Public Safety and Correctional Services

## Allowable Inmate Property Matrix

**NOTES:**

Dollar figures represent maximum permissible values.  Items above these value amounts are not allowable.

Any item not clearly approved by this document or not made available through the commissary is prohibited.

+        For facilities utilizing inmate uniforms, personal articles of these clothing items are not allowable.  No hoods except those issued by the facility.

++       Excludes colors of outer wear or any type of clothing that conflicts with security or that could be construed as a uniform, military or medical garb, etc.  No logos, writing, insignia or appliqués, except a professional sports or college logo, a manufacturer's logo, or a facility logo when supplied by the facility.

*        Segregation inmates shall be issued one jumpsuit or one set of separate top (shirt) and bottom (pant).

**       Female inmates in admission status shall be issued either two jumpsuits or two sets of separate tops (shirt)s and bottoms (pants).

***      Effective 12/13/16:

         X-Box 360 and PlayStation 2 - may only be purchased from Walkenhorst, Game Dude or Estarland with Wi-Fi capability disconnected. (NOTE: Inmates ordering these items are at the risk of having the warranty voided.
         PlayStation 2 must have controllers with cords (wireless controllers are unauthorized).
         MP3 Players (Walkenhorst model #38428-918 only) with pre-loaded music (this model does not have a USB port).
         MP3 players with USB ports shall be confiscated and inmates shall be permitted to order the approved model.
         USB cords/cables are deemed as contraband with the exception of the X Box 360 controller cord which only attaches to the console and the controllers, other cords or cables shall be confiscated.
         An inmate found to possess an unauthorized USB cord or cable shall be charged with possession of contraband and have the inmate's electronic devices confiscated and sent home at the inmate's expense.
         The inmate shall lose the privilege to possess any of the above electronic items for an indefinite period.

****     Security Operations shall maintain and distribute a list of "M" for "Mature" rated game cartridges that an inmate may possess.

**An inmate may not possess an audio or video appliance, in any combination, that has Ethernet, Internet or WiFi connectivity regardless of the type of case.**

An inmate may not possess a flash drive or similar media storage device.  This equipment shall be confiscated and the inmate may decide that the item is to be:

   (a) Mailed to inmate's home address on record at the inmate's expense;
   (b) Donated to the facility; or
   (c) Destroyed under provisions for handling and disposition of property.

Electric typewriters are authorized only at facilities that have the electrical capacity or capability to accommodate the item.

**Exhibit C**

Revised 01/12/17                                                                    Appendix 1 — OPS.220.0004

Maryland Department of Public Safety and Correctional Services

# Allowable Inmate Property Matrix

An inmate with registered ownership of a radio prior to March 1, 1998 may continue to possess that radio after March 1, 1998. Should the radio be confiscated for disciplinary reasons or in accordance with the provisions of property directives, the radio shall not be returned. However, a radio confiscated solely because of assignment to disciplinary segregation shall be returned with any other property when the inmate is released from segregation status. Any radio registered on or after March 1, 1998 must be a Walkman type radio only.

If at the time an inmate is obtaining an audio/visual appliance (TV, Walkman type radio, Walkman type radio/cassette player or Walkman type CD player, Video game console) authorized for an inmate to possess and the item is available in a clear case model, the inmate may only obtain the clear case model.

An inmate may have registered ownership of a previously authorized audio/visual appliance that is not a clear case model (clear case was not available at the time the inmate obtained the item) until any of the following circumstance occur and the item is to be replaced, the item shall be replaced with, based on availability, a clear case model:

(a) The item becomes unserviceable **unless** the item is under a manufacturer's warranty and can be repaired. The inmate is responsible for registering the warranty with the manufacturer and for presenting proof of warranty should the item need repair. The facility shall allow for warranty repair services under these circumstances **only.**
(b) The inmate wants to transfer ownership; or
(c) The item is confiscated as the result of disciplinary action.

Clear Case is described as: Transparent, may be colorless or tinted (internal components must be visible).

Inmate allowable personal property that is provided as part of an authorized program shall be managed according to program requirements.

Footwear (State issued footwear is not affected by the color restrictions):

(a) Athletic shoes: white, gray, white on gray, or gray on white only.
(b) Boots: brown or tan only.
(c) Shower shoes: white, gray, brown, or black only.

Except for legal materials, an inmate may not possess a magazine, newspaper, comic book, book or similar item that has a value more than $25.

An inmate (male or female) may not possess or wear face or body make-up (includes items specifically manufactured as or other substances modified to be) items such as, lip stick, rouge, eye liner, eye shadow, mascara, face or body paint, or fingernail polish.

**Exhibit C**