# EXHIBIT 4-A

3/7/2024

Dear Eve,

I hope this letter finds you doing well, please accept my heartfelt gratitude and appreciation for all that you, and the team are doing on my behalf as a woman, struggling to survive in DPSCS Custody. Eve, it is an immense honor and priviledge to be represented by such an indomitable and fierce woman such as you.

Enclosed, Please find the name and information of the male inmates I've been able to convince and/or beg to come forward on my behalf and speak to my attorney in regards to the ARP issues and other related issues, I would also greatly appreciate it if you all could please send me copies of our filings for the response to the housing assessment, Enforcement of the TRO, and if possible the housing assessment/report that the State submitted in response to Judge Maddox's TRO, I also would appreciate it if you could send me a copy of our representation agreement, and any of our other filings or depositions, or expert reports that could be made available to me, I'm extremely bored, lonely, and isolated at NBCI, and I take great pride, and draw a lot of hope and strength from reading our case work. I also like to be as

well versed and upto date on everything we're doing in the intrest of being the best client and witness possible. It's also really nice to get mail once in a while, a girl can feel really fer away and alone up here, if it's not too much trouble, I'd deeply appreciate it.

I really appreciate all that you and B,G,L and Deb are doing, and our weekly video checkins mean the world to me, I'm so grateful fer you all. Whenever the Judge makes his responses I look forward to consulting with you, and would appreciate it if I could be sent copies of everything possible to read.

Additionally, the ofc who is on the 3-11 shift who is extremely sexualy inappropriate towards me is Ofc. Livinggood — I had originally thought his name was eastern European, as his coworkers jokingly call him "Pinsky" for some reason - (he is a large, younger, white male, with glasses). This is the ofc. I've spoken about to you + Deb about on the visits, There is another younger white male, dark haired ofc, with a muscular build, and a dragon ball Z tattoo on his right forearm, who has repeatedly conducted "bar check" on me, at which time he has made numerous sexual ~~comments~~ references, and even gone as far as asking me if I" look good in a Thong I'm having difficulty in learning his name, none of them WEAR and I.D. or name tags, and they refuse to identify

these male, 5-11 ofc's are crossing the line of sexual Abuse with me repeatedly. I'm willing to identify them publically, I am all in on our case, this is my life mission, I've thought about it, and I'm not going to hold back, Eve we are all in this to win it, I'm ready, willing, and able to face whatever is necessary, these Predators must be held accountable.

I'm hanging in here, and will continue to document, report, and survive on my end. Please keep me updated, and thank you so very much for all your amazing work. I've also started keeping logs on staff who misgender me, refuse me ARPs or other forms, and who take my mail, etc,.. I also believe NBCI is obstructing me from receiving regular mail, I'm suddenly, no longer receiving ANY of my numerous LGBTQ newsletters and publications, and I haven't recieved several letters I was sent by Scott, his sister, and my trans sister Sybilla Cavada, several ofc's have made veiled comments about my mail being "disappeared". I hope to hear from you soon, take care!

Sincerly,

Chloe Gayf
NBCI