# EXHIBIT 5

1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
2                NORTHERN DIVISION

3   CHELSEA GILLIAM, et al.,          )
                                      )
4          Plaintiffs,                )
        vs.                           )
5                                     ) CIVIL NO.:
    DEPARTMENT OF PUBLIC SAFETY AND    ) 1:23-cv-01047-MJM
6   CORRECTIONAL SERVICES, et al.,    )
                                      )
7          Defendants.                ) **VOLUME III (Excerpt)**
    ──────────────────────────────────)

8

9                              Baltimore, Maryland
                               December 1, 2023
10                             10:19 a.m.

11          TRANSCRIPT OF PROCEEDINGS
         **MOTIONS HEARING EXCERPT - COURT'S RULING**
12       BEFORE THE HONORABLE MATTHEW J. MADDOX
                Via Videoconference
13
    <u>For the Plaintiffs:</u>
14
        JESSICA P. WEBER, Esquire
15      LAUREN A. DIMARTINO, Esquire
        SHARON K. WEISBAUM, Esquire
16      EVAN MONOD, Esquire
           Brown Goldstein and Levy LLP
17         120 E. Baltimore Street, Suite 1700
           Baltimore, MD 21202
18
        DEBORAH M. GOLDEN, Esquire
19         The Law Office of Deborah M. Golden
           700 Pennsylvania Ave. SE, 2nd Floor
20         Washington, DC 20003

21  <u>For the Defendants:</u>

22      KELLY M. DONOHO, Esquire
        MERRILYN E. RATLIFF, Esquire
23         Office of the Attorney General
           6776 Reisterstown Road, Suite 313
24         Baltimore, MD 21215

25  Also Present:  Chloe Grey
        (Computer-aided transcription of stenotype notes)

*Patricia G. Mitchell, RMR, CRR  Federal Official Court Reporter*
*101 W. Lombard Street, Fourth Floor*
*Baltimore, MD 21202*

1    administration of each hormone treatment.  That I imagine has

2    to be conducted on a daily basis, perhaps even twice a day.

3            I am concerned about the accessibility of Ms. Grey's

4    alleged abusers to her while she's at Patuxent.  I understand

5    this is matter the department still has under investigation,

6    and I imagine they have already undertaken to identify who

7    those alleged abusers are and to make sure they have no contact

8    with the plaintiff but I'm going to back that up with a court

9    order.  So there will be injunctive relief to ensure that there

10   is no contact between Ms. Grey's alleged abusers, meaning the

11   correctional staff who are alleged to have assaulted her and to

12   have groped her for which there is medical evidence to support

13   and substantiate her claims, have no access to Ms. Grey pending

14   further order of the Court.

15           Now when I say pending further order of the court is

16   that I understand that this is a matter that the department is

17   investigating.  If the department wants relief from this

18   injunction, they'll have to ask for it and it may be that

19   they'll have an opportunity to present evidence to determine --

20   or to support the notion that Ms. Grey's allegations are

21   unfounded.

22           Finally, there will be an injunction that the

23   department conduct a case-by-case individualized housing

24   assessment for Ms. Grey to determine whether or not she should

25   be placed at a women's facility.  I think I've already touched