# EXHIBIT 6

Officer's Name: Print and Signature: Rinderean Brian COII    Date: 2-15-24

**RECEIVED**
FEB 16
ARP
NBCI
Cumberland

CASE NO. NBCI·0235·24

## DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

Page 1 of 2

TO: ☑ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: Grey, Chloe, S., 367728 / 317262?, NBCI
Last Name / First Name / Middle Initial / CL Number / Facility

Housing Location: 1/D/56  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☑

**Part A – INMATE REQUEST**

On the morning of 1/18/2024 at approx 11:00 AM on 1-D, in front of cell 56, Female officer Ms. Brittger was walking past my cell, at which time I asked her to please help me get in contact with Ms. Beitzel in the psych dept. as I was having some serious Gender Dysphoria issues as I am a Transgender Female inmate, on hormones and in treatment. Ms. Brittenger (1-D 7-3 tier ofc, Female, grayish hair, glasses, heavy set) was immediately hostile, disrespectful, and unprofessional to me, she stated "I don't care about your dysphoria bullshit.", and "You don't get to bring that transgender garbage in here, what the fuck do you want?" 2/15/2024) I told her again, I needed to see the psych dept...
★ Continued ★

Date: 2/15/2024
Signature of Inmate: Chloe Grey

**Part B – RESPONSE**

Date: _____    Signature of Warden/Managing Official/Designee: _____

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**    Case No. NBCI·0235·24

RETURN TO: Grey, Chloe, _____, 367728, HU1-D56
Last Name / First Name / Middle Initial / CL Number / Facility

I acknowledge receipt of your complaint dated 2/15/2024 in regard to: Staff Complaint

Date: 2/16/2024
Facility ARP Coordinator: [signature]

0222039
Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

Case 1:23-cv-01047-MJM   Document 108-8   Filed 03/21/24   Page 3 of 10

Page 2 of 2
Appendix N to DOC.185.0002

2-15-24
R.Vega 0011 / Ami 0011
Red ARP# 02

Continued...

## Part A (Continuation)

at which time my anxiety and depression became acute and I began to cry. Ofc. Brittinger stated loudly and angerly "Your a man, thats what's wrong with you, your a dude!". I was instantly shocked by this Ofc's unprofessional, prejudiced, bigoted and entirely unnecessary and offensive disrespectful language and anti-transgender sexual harrassment. At that point, my neighbor, Darius Glover #369311, SID 3046588, had witnessed this entire exchange, interjected and asked Ofc. Brittinger why she would say such offensive things to me. She replied by saying, "because it's true, Grey ain't a woman, that's a man with tits." I immediately protested these hateful comments and told this Ofc she was sexually harassing me with these comments on the basis of my gender identity. Ofc. Brittinger replied by falsely claiming me and II Glover were "sexually harassing her by being openly LGBTQ. Approx 30-40 minutes later, Ofc. Brittinger walked past my cell again, at which time I asked her to file a PREA complaint, as I have no phone access or tablet. She told me she doesn't "do PREA crap" that I should ask the other officer, Ofc. Trudy. She refused to allow me to file PREA, and Ofc. Trudy refrained from coming anywhere near my side of the tier. After this, the tier Ofc's did not come on to the tier to conduct rounds per policy, when both of these Ofc's came to do afternoon count, neither Ofc would speak to me, and they completely ignored me and my repeated pleas to file PREA. This behavior by NBCI officers is extremely unprofessional, transphobic, discriminatory and completely contrary to DPSCS policy, Federal law and guidelines, as well as Maryland State policy and law. The Transphobic sexual harassment by Ofc. Brittinger is completely unacceptable and is a violation of DPSCS policy, DCD 50-2 pertaining to Ofc. conduct and comportment, as well as PREA, which specifically bars transphobic comments such as what Ofc. Brittinger repeatedly said to me concerning my gender identity are extremely traumatizing and demeaning to me as a trans woman in a men's prison. It has drastically harmed my well being and exacerbated my gender dysphoria, and exposed me to serious harassment and ridicule and predatory behavior by the male inmates I'm housed with.

Date: 2/15/2024

Inmate's Name: Print and Signature: Ofc's must Chloe Grey conduct themselves professionally 367728 / 3172627 and respectfully with trans women. 

CL#:

In custody at NBCI, I have witnesses and request camera footage also be reviewed.

DOC Form 185.00021C (Rev. 9/19)

Appendix E to DOC.185.0002

_____   _____
Officer's Name: Print and Signature    Date

[Signature] S. Murry II         2/23/24

CASE NO. _____

# DIVISION OF CORRECTION
## REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

Page 1 of 2

TO: ☑ Warden, Managing Official, or Designee of Facility

Emergency Request: ☑ Check only if your complaint poses a continued threat to your health, safety, or welfare.

FROM: __Grey__, __Chloe__ __S.__ 367128 / 3172627 __NBCI__
    Last Name     First Name    Middle Initial    CL Number     Facility

Housing Location __1/P/56__  Protective Custody ☐  Administrative Segregation ☐  Disciplinary Segregation ☐

**Part A – INMATE REQUEST**

I am a transgender woman with an extremely feminine appearance, slight frame, and obvious and noticable breasts. On the evening of February 22nd, 2024 I asked to go outside for my 1 hour of recreation in the outdoor "cages". Normally only female officers escort me to nightly rec., apparently by unspoken preference of NBCI 3-11, 1-D, Staff, however on this occasion three Male (white, blk tshirts + hats, No names/badges visible) officers came to my cell at the direction of the Sgt. Sgt. Goodrich. This event was under video surveillance in its entirety and the individual officers should be easily identified on camera records. The primary male 2/__/2024 officer who had his hands on me and who handcuffed me are

_____ _____
Date            Signature of Inmate: Chloe Grey

★ Continued on page 2 ★

**Part B – RESPONSE**




_____ _____
Date            Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

**Part C – RECEIPT**     Case No. _____

RETURN TO: _____ _____ _____ _____ _____
    Last Name     First Name    Middle Initial    CL Number     Facility

I acknowledge receipt of your complaint dated _____ in regard to: _____

_____ _____
Date            Facility ARP Coordinator

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

Appendix E to DOC.185.0002

**Instructions to Inmates for Completing Request for Administrative Remedy, DOC Form 185.0002cC**

1. Use a typewriter or a pen with blue or black ink.

2. Your request must be addressed to the warden, managing official, or designee of the facility where you are housed, regardless of where the incident which you are complaining about occurred.

3. Your complaint must be submitted within the later of thirty (30) calendar days of the date on which the incident occurred or thirty (30) calendar days from the date that you first gained knowledge of the incident or injury giving rise to the complaint. Read COMAR 12.02.28 for a complete description of time frames.

4. If you believe that your request concerns a situation that poses a continuing threat to your health, safety, or welfare, you may ask that your request be processed as an emergency by checking the space provided.

5. Type or print the specifics of the complaint in the space provided in Part A. Use one form for each complaint or closely related complaints. Be sure to include the date of the incident, the names of the people involved, and a description of the incident. A description of any efforts you have made to resolve the incident informally before submitting this request is helpful. Keep the specifics as brief as possible. If you checked the Emergency Request space, you must include an explanation for why you believe your complaint should be processed as an emergency. If you need more space, use the continuation sheet that is in duplicate form.

6. Date and sign the request in the spaces provided in Part A. You may write "see attached" in Part A and attach a written or typed complaint on the continuation sheet that is in duplicate form.

7. Submit the request to an officer in the control center of the housing unit, a tier officer or a custody supervisor. If the warden, managing official, or designee has issued an Information Bulletin (IB) for submitting a Request for Administrative Remedy, follow those procedures.

8. If you need assistance in completing or submitting a Request for Administrative Remedy, write to your facility administrative remedy coordinator.

9. If at any time you wish to withdraw your complaint, please sign and date the Withdrawal Form, Appendix G to DOC.185.0002 and submit it to any staff member.

**Instructions to Staff for Completing - Receipt for Administrative Remedy, DOC Form 12.02.28c.**

1. Sign and date the form(s) in the upper right hand corner where indicated.

2. Give the canary copy of the form(s) to the inmate.

3. Deliver the white copy of the form(s) to a location designated by the warden/ managing official by the end of your shift.

**Inmate Appeal Procedure**

If you choose to appeal the warden's response, you must complete the Headquarters Appeal of Administrative Remedy Response, Appendix H to DOC.185.0002. The appeal must be received within 30 calendar days from the date you received the warden, managing official, or designee's response or within 30 calendar days from when the warden, managing official, or designee's response was due.

DOC Form 185.0002cC (Rev. 9/19)

B. Munger — 2/25/24 — Page 2 of 2 — Red ARP# 0222040

Continued from page 1

## Part A (Continuation)

began making disrespectful, transphobic, hateful, and unprofessional verbal remarks and comments towards me and about me in my presence, and All three of these male officers repeatedly and purposefully misgendered me by disrespectfully calling me "he/him", and "it", as well as "fag". The officer whom physically escorted me to rec, made an expression of disgust on his face and said "What the fuck is wrong with you?" while proceeding into the second floor 1-D stairwell, I immediately asked this officer, what did he mean, at which time he mockingly laughed and stated "You know what's wrong with you "shim", that's fucking gross, look at you, your a faggot freak." This officer then stated in a loud voice "You owe me for this, Goodrich." this comment was stated towards the Sgt. conducting Rec Escorts on 1-D, Sgt. Goodrich. The officer was clearly attempting to humiliate me publicly, and infer he was in some way aggrieved or put out, by the Sgt. ordering him to perform his job duties by escorting me to my outdoor rec hour, I then asked the ofc why he was being so offensive towards me, simply because I'm a transgender woman, he refused to answer, and proceeded to lock me into the outdoor "rec. cage", It was raining heavily outside at the time, and All three of these male ofc's made jokes about me getting "drowned like a rat", and stated they would leave me in the rain "until all the gay pride washes off," and laughed amongst themselves. After my rec period ended an asian officer (male) came and escorted me back to my cell. While this was occurring, another male (white, younger ofc (with black hair, and a white built) was escorting another inmate, pointed at me and stated "That's a dude, man, that ain't no girl." and laughed at me. This ofc (no name tag, refuses to provide name) has repeatedly misgendered me, called me a "fag", "gay", and told me he will not respect my womanhood despite me having a legal declaration of female gender from Maryland courts, legal name change, and being an open and known transgender "Gender Dysphoric" inmate with a pending federal lawsuit against DPSCS, PATX, WCI, and NBCI, and being recognized as a transfemale on HRT by DPSCS NBCI ofcs are flaunting DPSCS policy, state and federal law, and all Professional Standard, This behavior is terrorizing

2/ /2024 — Chloe S. Grey, Chloe S. Grey — 367728 3172627

Date — Inmate's Name: Print and Signature — CL#

and destroying my mental + emotional health, exacerbating my gender dysphoria symptoms and causing me terrible trauma and stress, anxiety, and suffering, this also exacerbates the

DOC Form 185.0002IC (Rev. 9/19) safety and danger situations for me around other inmates, and is abusing me as a transgender woman, and is causing me trauma, and ridicule in public at the hands of DPSCS staff daily. I request DPSCS intervene and stop this transphobic

G. Ritchie / B. Ritz      2/29/24      0220982
Officer's Name: Print and Signature    Date

CASE NO. NBCI-0301-24

## DIVISION OF CORRECTION
### REQUEST FOR ADMINISTRATIVE REMEDY
(Instructions for completing this form are on the back)

**RECEIVED** MAR 0 1 2024 ARP NBCI Cumberland

TO: ✓ Warden, Managing Official, or Designee of Facility

Emergency Request: ☐ Check only if your complaint poses a continued threat to your health, safety, or welfare

FROM: Grey, Chloe   S.   367728 / 3172627   NBCI
Last Name, First Name   Middle Initial   CL Number   Facility

Housing Location 1/D/56   Protective Custody ☐   Administrative Segregation ✓   Disciplinary Segregation ☐

### Part A – INMATE REQUEST

I'm a transgender female inmate, currently on administrative segregation in H.U. #1-"D" tier, I have repeatedly attempted and struggle to obtain ARP forms and continuation forms, and I have been completely unable to obtain any ARP appeal forms, which are required to appeal institutional responses to the Commission and to the I.G.O., and neither the Commissioner's office or the I.G.O. will accept appeals submitted on any other paper or form. Most recently, I have asked 1-D tier ofc's on 2/26/2024, 2/27/2024, and 2/28 2024, on the 7-3 2/29/2024 "Day shift" for these required forms, and ofc's consistently

Date: 2/29/2024   Signature of Inmate: Chloe Grey

★ Continued on page 2 ★

### Part B – RESPONSE

Date      Signature of Warden/Managing Official/Designee

You may appeal this response by following the procedure prescribed on the back of this form.

### Part C – RECEIPT

Case No. NBCI 0301-24

RETURN TO: Grey   Chloe    367728   HU1-D-56
Last Name   First Name   Middle Initial   CL Number   Facility

I acknowledge receipt of your complaint dated 2/29/24 in regard to: ARP forms + library forms

☐ Dismissed for procedural reasons ☐ Final per C.O.M.A.R. 12.02.28.11.A (1)(b) ✓ Additional information is needed to investigate your request. Please resubmit by: 3/16 and include the following information.

3/1/24      [signature]
Date      Facility ARP Coordinator

Resubmit with one complaint per ARP. Issue receiving ARP's in the unit and receiving forms from the library are two separate departments

0220982

Original: White – Facility ARP Coordinator
Copy: Canary - Inmate

DOC Form 185.0002cC (Rev. 9/19)

Appendix E to DOC.185.0002

**Instructions to Inmates for Completing Request for Administrative Remedy, DOC Form 185.0002cC**

1. Use a typewriter or a pen with blue or black ink.

2. Your request must be addressed to the warden, managing official, or designee of the facility where you are housed, regardless of where the incident which you are complaining about occurred.

3. Your complaint must be submitted within the later of thirty (30) calendar days of the date on which the incident occurred or thirty (30) calendar days from the date that you first gained knowledge of the incident or injury giving rise to the complaint. Read COMAR 12.02.28 for a complete description of time frames.

4. If you believe that your request concerns a situation that poses a continuing threat to your health, safety, or welfare, you may ask that your request be processed as an emergency by checking the space provided.

5. Type or print the specifics of the complaint in the space provided in Part A. Use one form for each complaint or closely related complaints. Be sure to include the date of the incident, the names of the people involved, and a description of the incident. A description of any efforts you have made to resolve the incident informally before submitting this request is helpful. Keep the specifics as brief as possible. If you checked the Emergency Request space, you must include an explanation for why you believe your complaint should be processed as an emergency. If you need more space, use the continuation sheet that is in duplicate form.

6. Date and sign the request in the spaces provided in Part A. You may write "see attached" in Part A and attach a written or typed complaint on the continuation sheet that is in duplicate form.

7. Submit the request to an officer in the control center of the housing unit, a tier officer or a custody supervisor. If the warden, managing official, or designee has issued an Information Bulletin (IB) for submitting a Request for Administrative Remedy, follow those procedures.

8. If you need assistance in completing or submitting a Request for Administrative Remedy, write to your facility administrative remedy coordinator.

9. If at any time you wish to withdraw your complaint, please sign and date the Withdrawal Form, Appendix G to DOC.185.0002 and submit it to any staff member.

**Instructions to Staff for Completing - Receipt for Administrative Remedy, DOC Form 12.02.28c.**

1. Sign and date the form(s) in the upper right hand corner where indicated.

2. Give the canary copy of the form(s) to the inmate.

3. Deliver the white copy of the form(s) to a location designated by the warden/ managing official by the end of your shift.

**Inmate Appeal Procedure**

If you choose to appeal the warden's response, you must complete the Headquarters Appeal of Administrative Remedy Response, Appendix H to DOC.185.0002. The appeal must be received within 30 calendar days from the date you received the warden, managing official, or designee's response or within 30 calendar days from when the warden, managing official, or designee's response was due.

DOC Form 185.0002cC (Rev. 9/19)

Continued... Re: ARP #0220982 Page 2 of 2

## Part A (Continuation)

tell me they "cannot find any of these forms", or "we're all out", or ofc's tell me they will get me these forms and never return or provide them to me. Many ofc's, including the ofc's on the 7-3 shifts on the above dates, do not have name tags visible and are unfamiliar to me so I often cannot provide their names, only dates and shifts and location of post for identification (which should be sufficient, if investigated). When I request ARP's or appeals on the 3-11 or 11-7 shift, NBCI officers refuse, and tell me I must obtain them by requesting ofc's on the 7-3 shift provide them to me. I also cannot seem to obtain any forms from the library as I'm on administrative Seg, and I have not been present or seen any library workers to provide me any library services. When I write the library, I never get any response or forms. This has made it impossible for me to file any ARP Appeals to the commissioner, which is preventing me from proceeding in the ARP process as policy states, and is causing me to be kept from seeking "exhaustion" of administrative Remedy. I am effectively being prevented from utilizing the ARP process as an inmate by NBCI staff refusing me the required forms. I'm only able to obtain "regular" ARP forms by begging or buying them from other inmates, who seem to be given ARPS for easier than I am, and I still cannot find ARP appeal forms even on the "black market". This is a threat to my welfare and safety as it prevents me obtaining or seeking help or resolving serious issues in DPSCS custody and is preventing me from exercising my rights to exhaust remedies. I demand I be given ARP's, and ARP Appeals whenever I ask, and that I be allowed to file them

3/29/2024                Chloe Grey                      CL# 3172627
Date                    Inmate's Name: Print and Signature
                        Chloe Grey                      # 367728
                        Chloe Grey                      # 3172627

DOC Form 185.00021C (Rev. 9/19)