# EXHIBIT C



**Dereck E. Davis**
State Treasurer

**Jonathan Martin**
Chief Deputy Treasurer

5/21/2024

Brown, Goldstein, & Levy
120 E. Baltimore St.
Ste 2500
Baltimore, MD 21202

RE:   CLAIM NUMBER:   2018MD00004-002 – Jamie Chester
      CLAIMANT:       Holland, Kennedy
      DATE OF LOSS:   6/1/2018 8:00 AM

Dear Sharon Krevor- Weisbaum:

The Maryland Tort Claims Act (§12-101 *et seq.* of the State Government Article) establishes very strict standards under which a claim may be considered by the State Treasurer. In particular, the Maryland Tort Claims Act requires that the Treasurer may only pay those claims in which the State is determined to be at fault.

As a result of that investigation of the facts and the application of the Maryland Tort Claims Act, we find that the State was not at fault in the incident that you described on behalf of your client Kennedy Holland. Therefore, your claim must be denied.

If you have any questions, please feel free to contact me at 410-260-7192.

Very truly yours,

Jamie Chester

Insurance Division
Maryland State Treasurer's Office
80 Calvert Street
Annapolis, MD 21401

jchester@treasurer.state.md.us