### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA GILLIAM, *et al.*, | * | |
| Plaintiffs, | * | |
| V. | * | Civil Action No. MJM-23-1047 |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \*

### PROPOSED ORDER

Upon consideration of Plaintiffs' Consent Motion for Leave to File a Fourth Amended Complaint, and any response thereto, it is on this _____ day of June, 2024, hereby,

**ORDERED** that the Plaintiffs' Motion for Leave to File a Fourth Amended Complaint is **GRANTED.** The amended complaint attached as Exhibit A to the Motion is deemed filed as of this date.

_____
U.S. District Judge, District of Maryland

Copies to all parties.