IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA GILLIAM, et al., | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No.   MJM-23-1047 |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, et al., | * | |
| Defendants | * | |
| | ****** | |

## **ORDER**

Currently pending is plaintiff Chloe Grey's ("Plaintiff") Motion To Enforce Temporary Restraining Order and Preliminary Injunction (the "Motion"). The Court has reviewed the memoranda in support of and in opposition to the Motion and the exhibits attached thereto. For reasons stated during the hearing on June 28, 2024, it is hereby ORDERED that the Motion is GRANTED IN PART and DENIED IN PART. Specifically, it is hereby

ORDERED that

1. The Department of Public Safety and Correctional Services ("DPSCS") shall, within twenty-one (21) days of the date of this Order, conduct a re-assessment of Plaintiff's housing placement consistent with DPSCS Executive Directive no. OPS.131.0001, titled "Identification, Treatment and Correctional Management of an Inmate Diagnosed with Gender Dysphoria," to determine whether to place Plaintiff in a facility designated for women. In making this determination, serious consideration must be given to Ms. Grey's opinion regarding her safety and to avoiding placement in administrative segregation for greater than thirty (30) days. Ms. Grey shall be permitted the opportunity to present her opinion regarding her safety in writing or through direct participation. The housing decision must not be based solely on Ms. Grey's genitalia.

2. DPSCS shall immediately instruct staff at North Branch Correctional Institution that, per Order of this Court, they must not to take any retaliatory action against Ms. Grey for her participation in this litigation, communicating or meeting with her attorneys, or submitting administrative complaints.

All other provisions of the Court's Order dated December 4, 2023, (ECF 75) shall remain in effect.

It is so ORDERED.

Date: June 28, 2024

/S/
Matthew J. Maddox
United States District Judge