IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA GILLIAM, *et al.*, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civ. No. MJM-23-1047 |
| | * | |
| DEPARTMENT OF PUBLIC SAFETY, | * | |
| AND CORRECTIONAL SERVICES, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \*

## **ORDER**

The Court conducted a telephone conference with counsel for the parties on September 3, 2024, to address recent correspondence filed by counsel for plaintiff Chloe Grey (ECF 129). As discussed during the telephone conference, it is hereby ORDERED that Defendants shall file a report within 14 days of the date of this Order to address (1) the status of Ms. Grey's housing placement; and (2) evidentiary support for the statements in Defendants' correspondence dated July 19, 2024, (ECF 125) concerning Ms. Grey's adjustment history, violations of institutional policies and procedures, and past violations of the PREA policy. Defendants' report shall attach any appropriate exhibits. If necessary, the report shall be filed with a contemporaneous sealing motion pursuant to Local Rule 105.11 (D. Md. 2023).

It is further ORDERED that a telephonic status conference is scheduled for October 3, 2024, at 2:00 P.M.

It is so ORDERED.

Date: September 4, 2024

                                                                                      /S/
                                                            Matthew J. Maddox
                                                           United States District Judge