# EXHIBIT 2

```
 1                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF MARYLAND
 2                          NORTHERN DIVISION

 3     CHELSEA GILLIAM, et al.,      )
                       Plaintiffs,   )
 4                                   )
                   vs.               )   CIVIL CASE NO.
 5                                   )   1:23-cv-01047-MJM
       DEPARTMENT OF PUBLIC SAFETY & )
 6     CORRECTIONAL SERVICES, et al.,)
                       Defendants.   )
 7     _____)   9:01 a.m.

 8                    WEDNESDAY, NOVEMBER 22, 2023
                             Courtroom 5C
 9                        Baltimore, Maryland

10                    TRANSCRIPT OF PROCEEDINGS
                     ZOOM TRO HEARING - VOLUME II
11            BEFORE THE HONORABLE MATTHEW J. MADDOX

12
       For the Plaintiffs:
13
       Jessica P. Weber, Esquire
14     Deborah M. Golden, Esquire
       Lauren A. DiMartino, Esquire
15     Sharon Krevor Weisbaum, Esquire
       Evan Monod, Esquire
16      Brown Goldstein & Levy
        120 East Baltimore Street, Suite 2500
17      Baltimore, MD 21202

18
       For the Defendants:
19
       Merrilyn E. Ratliff, Esquire
20     Kelly Mullen Donoho, Esquire
        Office of Attorney General
21      6776 Reisterstown Road, Suite 313
        Baltimore, MD 21215
22     _____
              (Computer-aided Transcription of Stenotype Notes)
23
                  Reported by: Amanda L. Longmore, RPR, FCRR
24                     Federal Official Court Reporter
                      101 W. Lombard Street, 4th Floor
25                       Baltimore, Maryland  21201
                              410-962-4474
```

1  interaction with staff that they observed in the courtroom, but
2  they did stay in the room and would not have been on the tier.
3  So the investigation is ongoing. At this point we haven't
4  been able to substantiate anything but we will continue to
5  investigate.
6  Q.  Thank you. So we're going to pick up on your testimony
7  from yesterday. So did there come a time at Patuxent when
8  Ms. Grey was placed on administrative segregation?
9  A.  Yes, on October 13th.
10 Q.  Okay. And what led to Ms. Grey's placement on admin seg?
11 A.  So I was the duty officer the month of October. The Chief
12 of Security, myself, and the Warden rotate. Any time there's
13 an incident going on in the facility the duty officer receives
14 a call.
15 I received a call that evening that a confidential
16 informant had approached the intel department saying that there
17 was a rumor going around the facility that Ms. Grey had engaged
18 in a sex act with another incarcerated individual, Mr. Carlton
19 Bell, that the sex act occurred during early setup for Muslim
20 service. Carlton Bell is a Muslim inmate. And that another
21 unidentified Muslim incarcerated individual had walked in on
22 them during the sex act, that the Muslim community was in an
23 uproar over the disrespect to their religion and to their
24 service.
25 Intel further advised me that Carlton Bell had recently

Continued Direct Examination - Kimberly Stewart

1 been released from disciplinary segregation for a physical
2 fight with a different Muslim individual and was already on the
3 outs with the Muslim community and that there was a concern
4 that the Muslim community may retaliate for this act of
5 disrespect against both Ms. Grey and Mr. Bell.
6     There was also a concern that if this rumor reached
7 Mr. Scott Brill, who has a history of being potentially
8 assaultive and he believed that the sex act had occurred, that
9 Ms. Grey and/or Mr. Bell could also possibly be in danger from
10 him as well.  So with all of that alleged and made, a decision
11 was made to place both of them on administrative segregation
12 pending the investigation.
13     In an initial conversation with Ms. Grey, she reported to
14 Sergeant Owens, she admitted to being in the area where the
15 alleged sex act occurred, so we knew all of that on October
16 13th that she admitted that she was in the area, she denied
17 there was a sex act, but this rumor, true or not, was being
18 talked about in the facility and believed by the majority of
19 the facility, and due to the potential safety risk she was --
20 they were both placed on administrative segregation.
21     We also initiated the two SIRs and PREA complaint.
22 Q.   So is placement on administrative segregation, when
23 something like that occurs, is that an ordinary response?
24 A.   Yes.  If there is any concern that an individual may be in
25 danger or that an individual poses a safety and security risk

Continued Direct Examination - Kimberly Stewart

1  to other people in general population, the immediate action is
2  to do the initial placement on administrative segregation.
3  That initial action is reviewed within 120 hours, and then a
4  decision is made from there whether or not to continue
5  administrative segregation, whether that's a temporary basis or
6  a permanent basis through a multidisciplinary team action.
7  Q.     And you said there were also investigations started?
8  A.     Yes.  So then the allegation was that there had been a sex
9  act.  At that time we're not going to know whether or not this
10 was a consensual sex act, not a consensual sex act, and whether
11 or not a sex act even occurred.
12        So after I received a call from intel, I called and
13 discussed the situation with the Warden.  We made the
14 determination that out of an abundance of caution that there
15 had been a nonconsensual sex act, we created two Serious
16 Incident Reports, one listing Ms. Grey as the alleged
17 perpetrator, one listing her as the victim and vice versa to
18 Mr. Carlton Bell.  We reported what we knew at that time to IID
19 and asked them to launch an independent investigation.
20 Q.     And what, if anything, did that investigation find
21 specifically?
22 A.     So when Ms. Grey was interviewed by IID, I know from their
23 investigative report she withdrew the investigation, which
24 effectively ended the investigation, that she did not want to
25 pursue any charges or give any statements about the matter,

```
 1    essentially, so it is listed as unfounded.
 2    Q.   And so this is as to the alleged sex act but did the
 3    investigation look at anything else?
 4    A.   No.  So IID was only concerned with whether or not there
 5    would be criminal charges related to the matter.  So when we
 6    got the results of the IID investigation, that still left the
 7    facility needing to make a determination operationally on the
 8    safety and security of Ms. Grey.
 9    Q.   So was that investigation, I guess, proceeded, like did
10    it --
11    A.   Yes.  So that investigation was ongoing.  There was an
12    initial -- there was a -- so we have regular administrative
13    segregation meetings.  Again, this is a multidisciplinary team.
14    We have treatment staff there, custody staff there.  I
15    represent the administration.  We have intel and various
16    different departments that have input into the matter.
17         So there was a meeting held on October 17th.  At that
18    point, we did not have the completed IID investigation.  That
19    was still ongoing, but we knew that that was an investigation
20    into a criminal matter and that IID wasn't going to tell -- you
21    know, wasn't going to weigh in about operational concerns,
22    safety concerns.
23         The team met, we discussed Ms. Grey's entire history of
24    being at Patuxent.  She's repeatedly made allegations that
25    other inmates are harassing her, she has not given us
```

1  Honor.
2          THE COURT: Okay. That's 30 minutes of testimony on
3  direct examination, so I guess that answers that, Ms. Weber.
4          MS. WEBER: Yes. Thank you.
5          THE COURT: All right. Unless there's anything else
6  for us to address before we adjourn, is there anything from
7  plaintiff's counsel?
8          MS. WEBER: No. Thank you, Your Honor.
9          THE COURT: All right. Anything from the defense?
10         MS. RATLIFF: No, Your Honor.
11         THE COURT: I hope you all enjoy the holiday, and
12  I'll see you next week.
13         MS. RATLIFF: Same to you, Your Honor.
14         MS. DONOHO: Thank you.
15         MS. WEBER: Thank you, Your Honor.
16         MS. GOLDEN: Thank you.
17       (The proceedings adjourned at 11:54 a.m.)
18              CERTIFICATE OF OFFICIAL REPORTER
19     I, Amanda L. Longmore, Registered Professional Reporter
    and Federal Certified Realtime Reporter, in and for the United
20  States District Court for the District of Maryland, do hereby
    certify, pursuant to 28 U.S.C. § 753, that the foregoing is a
21  true and correct transcript of the stenographically-reported
    proceedings held in the above-entitled matter and that the
22  transcript page format is in conformance with the regulations
    of the Judicial Conference of the United States.
23
                    Dated this 8th day of February 2024
24                  -S-
                    _____
25                  AMANDA L. LONGMORE, RPR, FCRR
                    FEDERAL OFFICIAL COURT REPORTER