# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHELSEA GILLIAM, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. MJM-23-01047 |
| | ) |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

\* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of DPSCS Defendants' Motion to Seal Status Report and their attached Exhibits, it is this __3rd__ day of __October__, 2024, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that DPSCS Defendants' Status Report and their attached Exhibits shall be sealed.

/S/
_____
Hon. Matthew J. Maddox
United States District Judge