## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Chelsea Gilliam,** *et al.*, | * | |
| **Plaintiffs,** | * | |
| v. | * | Case No.:  1:23-cv-1047-MJM |
| **Dep't of Pub. Safety and Corr. Ser.,** *et al.*, | * | |
| **Defendants.** | * | |

## WRIT OF HABEAS CORPUS

TO:

Warden Ronald S. Weber
Western Correctional Institution
13800 McMullen Highway, S.W.
Cumberland, MD  21502


Greetings:

YOU ARE HEREBY COMMANDED to have the body of **Chloe Grey, DOC ID # 367728, DOB 4/25/1988**, who is presently in your care, custody and control, be transported to the United States Courthouse for the District of Maryland, at 101 W. Lombard Street, Baltimore, Maryland 21201 on February 5, 2026 at 10:00 a.m. for a settlement conference in the above-captioned matter, until the conclusion of said conference, which is expected to last no more than seven hours.

Let this writ be issued as prayed, this 6th day of October, 2025.

_____
Charles D. Austin
United States Magistrate Judge

Copies to:   USMS