# EXHIBIT A-1

 Outlook

---

**Gilliam, et al. v. DPSCS, et al. - Confidential Settlement Communication**

---

**From** Eve Hill <EHill@browngold.com>

**Date** Tue 8/19/2025 8:26 AM

**To** Kelly Donoho -DPSCS- <kelly.donoho@maryland.gov>; Merrilyn Ratliff -DPSCS-
<merrilyn.ratliff@maryland.gov>

**Cc** Deborah Golden <dgolden@debgoldenlaw.com>; bex kolins <bkolins@debgoldenlaw.com>; Lauren A.
DiMartino <LDiMartino@browngold.com>; Jessie Weber <JWeber@browngold.com>

📎 1 attachment (29 KB)

Gilliam - Plaintiffs' Proposed Term Sheet.docx;

Dear Kelly and Merrilyn

In the interest of resolving the Gilliam v. DPSCS matter efficiently without the cost and burdens
of continued litigation, enclosed please find a draft settlement term sheet from the plaintiffs. We
believe this proposal is reasonable given the circumstances and the harms our clients have
suffered and believe it provides a fair opportunity to resolve the matter. We look forward to your
response in advance of our mediation set for October 8. Let us know if you have any questions.

Best,

Eve

**Eve Hill**

Partner

---

**BROWN GOLDSTEIN & LEVY**

120 E. Baltimore Street, Suite 2500

Baltimore, MD  21202

T    410.962.1030 x1311

C    202.802.0925

F    410.385.0869

E    ehill@browngold.com

Admitted in Maine, DC, California, Maryland, Virginia

Pronouns: she/her/hers

---

**About Brown, Goldstein & Levy, LLP**

Brown, Goldstein & Levy handles both civil and criminal litigation and has active practices in many other areas of the law, including family law,

disability rights, and health care. For more information, visit browngold.com.

CONFIDENTIALITY:  This email and any attachments are confidential, except where the email states it can be disclosed; it may also be

privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and

any attachments) from your system. Thank you.