# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

CHELSEA GILLIAM, *et al.*,        *
   **Plaintiff,**
                       *

   v.        Case No.  MJM-23-1047

DEPARTMENT OF PUBLIC SAFETY AND        *
CORRECTIONAL SERVICES, *et al.*,
   **Defendant.**        *

## NOTICE OF FILING OF DOCUMENT UNDER SEAL

**Check one.**

[x]  Exhibit __A-2__ which is an attachment to __Plaintiffs' Motion to Hold Defendants in Contempt and for Sanctions__

will be electronically filed under seal within 24 hours of the filing of this Notice.

[ ]  _____
                (title of document)

will be electronically filed under seal within 24 hours of the filing of this Notice.

I certify that at the same time I am filing this Notice, I will serve copies of the document identified above by __electronic mail ("e-mail")__.

__January 28, 2026__        *[signature]*
Date        Signature

                                         Jessica P. Weber, Bar No. 17893
                                         Printed Name and Bar Number
                                         Brown, Goldstein & Levy LLP
                                         120 E. Baltimore Street, Suite 2500
                                         Baltimore, Maryland 21202
                                         Address

                                         jweber@browngold.com
                                         Email Address

                                         (410) 962-1030
                                         Telephone Number

                                         (410) 385-0869
                                         Fax Number