# EXHIBIT A-3

Outlook

## Gilliam, et al v. DPSCS, et al., 23-1047-MJM October 8 Settlement Conference Postponement

**From** Kelly Donoho -DPSCS- <kelly.donoho@maryland.gov>

**Date** Wed 9/24/2025 11:04 AM

**To** mdd_cdachambers@mmd.uscourts.gov <mdd_cdachambers@mmd.uscourts.gov>

**Cc** Lauren A. DiMartino <ldimartino@browngold.com>; Jessie Weber <JWeber@browngold.com>; Eve Hill <EHill@browngold.com>; Deborah Golden <dgolden@debgoldenlaw.com>; Merrilyn Ratliff -DPSCS- <merrilyn.ratliff@maryland.gov>

> **SECURITY ALERT:** This email is from an external source.

Dear Magistrate Judge Austin,

Pursuant to your April 4, 2025 order (ECF 159), a settlement conference in this matter is scheduled for October 8, 2025 and the parties' ex parte letters are due today, September 24, 2025.

However, DPSCS Defendants will not be able to authorize any settlement for any plaintiff by October 8. Plaintiffs have sent a settlement demand to DPSCS Defendants, but its terms include numerous non-monetary requests, which will require extensive review from our supervisors and members of DPSCS's executive staff before we could propose a counter-offer or agree to any such terms. Additionally, the parties are still in the process of conducting initial discovery in this matter and DPSCS Defendants would need to complete further discovery with the plaintiffs before we could authorize a settlement agreement for any plaintiff, including a settlement solely for monetary relief.

Therefore, DPSCS Defendants respectfully request a postponement of the October 8 settlement conference to a later date, but before the dispositive motions deadline of March 27, 2026. That way DPSCS Defendants will have more time to secure the requisite authorization needed to meaningfully participate in any settlement discussion with plaintiffs' counsel in this case.

Counsel for DPSCS Defendants have asked plaintiffs' counsel for their position on the postponement, but unfortunately, several members of their team are away on vacation, and therefore, plaintiffs' counsel could not offer a position.

In the alternative, if the court is not inclined to postpone the October 8 settlement conference, DPSCS Defendants would request an additional day for the parties to send their ex parte letters to your Honor.

If Your Honor would prefer a formal request filed via ECF, please advise.

Thank you,

Kelly

--

**Kelly M. Donoho**

Assistant Attorney General

Department of Public Safety and Correctional Services

6776 Reisterstown Road, Suite 313

Baltimore, MD 21215

Kelly.Donoho@maryland.gov

T: 410-585-3544

F: 410-484-5939

Website | Facebook | Twitter