# EXHIBIT A-6

**Exhibit 6 to Declaration of Jessica P. Weber (Exhibit A-6)**

| Timekeeper | Date | Hourly Rate | Billed Hours | Fees Billed | Description |
|---|---|---|---|---|---|
| Lauren DiMartino | 9/3/2025 | $525 | 0.6 | $315.00 | Draft ex parte settlement letter |
| Lauren DiMartino | 9/11/2025 | $525 | 1.4 | $735.00 | Draft ex parte settlement letter |
| Lauren DiMartino | 9/12/2025 | $525 | 1 | $525.00 | Draft ex parte settlement letter |
| Lauren DiMartino | 9/17/2025 | $525 | 4.1 | $2,152.50 | Complete draft of ex parte settlement letter; confer with Jessica P. Weber re same; conduct research on settlement demands and add to letter; send draft to co-counsel |
| Eve Hill | 9/17/2025 | $815 | 0.6 | $489.00 | Edit mediation letter |
| Lauren DiMartino | 9/18/2025 | $525 | 0.1 | $52.50 | E-mail co-counsel re review of ex parte settlement letter |
| Jessica Weber | 9/19/2025 | $735 | 1.2 | $882.00 | Review and edit ex parte settlement letter; e-mail with co-counsel re requesting that Chloe Grey be able to attend in person |
| Jessica Weber | 9/19/2025 | $735 | 0.2 | $147.00 | Search for sample motion re bringing incarcerated client to court |
| Lauren DiMartino | 9/19/2025 | $525 | 0.5 | $262.50 | Review and incorporate edits to ex parte letter from Jessica P. Weber and Eve L. Hill; conduct research re additional law; confer with Jessica P. Weber re same |
| Lauren DiMartino | 9/19/2025 | $525 | 0.3 | $157.50 | Draft motion for writ of habeas corpus for Chloe to attend settlement conference; send draft to co-counsel |
| Denise Altobelli (Paralegal Manager) | 9/22/2025 | $345 | 0.8 | $276.00 | E-mail from Lauren A. DiMartino with draft mediation letter; review and edit; e-mail reply to Lauren A. DiMartino; in person conference with Lauren A. DiMartino |
| Lauren DiMartino | 9/22/2025 | $525 | 0.1 | $52.50 | Confer with Denise M. Altobelli re ex parte settlement letter |

**Exhibit 6 to Declaration of Jessica P. Weber (Exhibit A-6)**

| Timekeeper | Date | Hourly Rate | Billed Hours | Fees Billed | Description |
|---|---|---|---|---|---|
| Denise Altobelli (Paralegal Manager) | 9/23/2025 | $345 | 1.2 | $414.00 | E-mail from Lauren A. DiMartino with revised ex parte settlement letter; review and update exhibits in letter; create exhibit index; create exhibits 2 and 3; e-mail to Lauren A. DiMartino re exhibit 1; reply; remove metadata from Word exhibit and PDF; add exhibit cover sheets and e-mail all exhibits and updated letter to Lauren A. DiMartino and LaClaudia T. Dyson |
| Lauren DiMartino | 9/23/2025 | $525 | 0.3 | $157.50 | Review edits from Denise M. Altobelli to ex parte settlement letter; incorporate edits and add notations re exhibits; e-mail Denise M. Altobelli re same and exhibits |
| Lauren DiMartino | 9/23/2025 | $525 | 0.2 | $105.00 | Telephone call with Judge Austin's chambers re order to have Chloe attend mediation; e-mail with chambers re same |
| Lauren DiMartino | 9/23/2025 | $525 | 0.6 | $315.00 | Review order from Judge Austin re ex parte letter; amend exhibits and letter accordingly; e-mail Denise M. Altobelli re hand delivery of letter to chambers |
| Lauren DiMartino | 9/23/2025 | $525 | 0.2 | $105.00 | Review edits to ex parte settlement letter and provide final review; review exhibits; e-mail Denise M. Altobelli and LaClaudia re same |
| Lauren DiMartino | 9/23/2025 | $525 | 0.1 | $52.50 | Read and respond to e-mail from court requesting information for writ to have Chloe Grey at mediation |
| Lauren DiMartino | 9/23/2025 | $525 | 0.1 | $52.50 | Read e-mail from opposing counsel re postponing mediation; E-mail with Eve L. Hill re same |
|  |  |  |  |  |  |

**Exhibit 6 to Declaration of Jessica P. Weber (Exhibit A-6)**

| Timekeeper | Date | Hourly Rate | Billed Hours | Fees Billed | Description |
|---|---|---|---|---|---|
| Denise Altobelli (Paralegal Manager) | 9/24/2025 | $345 | 0.1 | $34.50 | E-mail exchange with Lauren A. DiMartino re ex parte settlement letter |
| Denise Altobelli (Paralegal Manager) | 9/24/2025 | $345 | 0.2 | $69.00 | E-mail from Lauren A. DiMartino re need paper copies of ex parte settlement for chambers; e-mail and Teams chat with Nate Gerber re printing and sending by messenger |
| Denise Altobelli (Paralegal Manager) | 9/24/2025 | $345 | 0.1 | $34.50 | Teams chat with Nate Gerber re ex parte settlement letter and exhibits |
| Denise Altobelli (Paralegal Manager) | 9/24/2025 | $345 | 0.1 | $34.50 | Teams call with Nate Gerber re ex parte letter |
| Lauren DiMartino | 9/24/2025 | $525 | 0.2 | $105.00 | Read and respond to e-mails from Denise M. Altobelli and Nate Gerber to delivery of ex parte settlement letter via courier; send letter and exhibits to Judge Austin's chambers |
| Lauren DiMartino | 9/24/2025 | $525 | 0.1 | $52.50 | Read e-mails from opposing counsel to Judge Austin re postponing mediation |
| Lauren DiMartino | 9/24/2025 | $525 | 0.1 | $52.50 | Read writ of habeas corpus for Chloe issued by Judge Austin |
| Jessica Weber | 1/8/2026 | $735 | 0.2 | $147.00 | Begin editing ex parte letter for upcoming settlement conference |
| Lauren DiMartino | 1/8/2026 | $525 | 0.2 | $105.00 | Text with Chelsea re comment and mediation; telephone call with Chelsea re same |
| Jessica Weber | 1/8/2026 | $735 | 0.2 | $147.00 | Review and revise ex parte settlement letter |

**Exhibit 6 to Declaration of Jessica P. Weber (Exhibit A-6)**

| Timekeeper | Date | Hourly Rate | Billed Hours | Fees Billed | Description |
|---|---|---|---|---|---|
| Jessica Weber | 1/21/2026 | $735 | 0.2 | $147.00 | Review e-mails from co-counsel and additional edits to ex parte settlement letter; make additional changes and send back |
| Jessica Weber | 1/21/2026 | $735 | 0.3 | $220.50 | Revise ex parte settlement letter further and e-mail to co-counsel |
| Denise Altobelli (Paralegal Manager) | 1/21/2026 | $345 | 0.5 | $172.50 | Review Jessica P. Weber draft of ex parte letter for mediation; e-mail to Jessica P. Weber re possible edit |
| Eve Hill | 1/21/2026 | $815 | 1 | $815 | Edit ex parte mediation letter |
| Lauren DiMartino | 1/21/2026 | $525 | 0.1 | $52.50 | E-mail chambers to request writ for Chloe to attend settlement conference; read and respond to e-mail from chambers confirming writ had been issued |
| Jessica Weber | 1/22/2026 | $735 | 0.6 | $441.00 | Exchange e-mails with co-counsel re ex parte settlement statement due today; revise statement; review e-mail from opposing counsel responding to settlement demand and confer with co-counsel re same; draft and revise e-mail responding to opposing counsel; revise settlement statement and e-mail to chambers |
| Eve Hill | 1/22/2026 | $815 | 0.1 | $81.50 | Read defense settlement response and edit ex parte settlement letter |
| Lauren DiMartino | 1/22/2026 | $525 | 0.5 | $262.50 | Read and respond to e-mails re opposing counsel's refusal to engage in settlement conference; read letter from opposing counsel; revise e-mail from Jessica P. Weber and review and revise ex parte settlement letter; confer with Jessica P. Weber on Teams re same |

**Exhibit 6 to Declaration of Jessica P. Weber (Exhibit A-6)**

| Timekeeper | Date | Hourly Rate | Billed Hours | Fees Billed | Description |
|---|---|---|---|---|---|
| Lauren DiMartino | 1/22/2026 | $525 | 0.1 | $52.50 | Read and respond to e-mail from Nate Gerber re delivery of ex parte letter to chambers |
| Jessica Weber | 1/26/2026 | $735 | 1.7 | $1,249.50 | Begin drafting motion for sanctions |
| Jessica Weber | 1/27/2026 | $735 | 2.8 | $2,058.00 | Continue researching and drafting motion for contempt and for sanctions; share draft with co-counsel for edits |
| Denise Altobelli (Paralegal Manager) | 1/27/2026 | $345 | 0.5 | $172.50 | E-mail exchange with Jessica P. Weber and draft declaration for Jessica P. Weber in support of Motion for Sanctions |
| Jessica Weber | 1/27/2026 | $735 | 1.8 | $1,323.00 | Edit my declaration in support of sanctions motion and review fee and cost records to identify fees and costs to include in motion; create exhibit table of fees and costs for sanctions motion |
| Jessica Weber | 1/27/2026 | $735 | 0.8 | $588.00 | Draft proposed order for sanctions motion; draft motion to seal certain exhibits to motion and proposed order; e-mail all to co-counsel with note re additional information needed |
| Denise Altobelli (Paralegal Manager) | 1/28/2026 | $345 | 1.5 | $517.50 | E-mail from Jessica P. Weber re motion for contempt, reply; review and cite check motion, exhibits and proposed orders; e-mail reply to team |
| Eve Hill | 1/28/2026 | $815 | 0.9 | $733.50 | Edit motion for sanctions |
| Jessica Weber | 1/28/2026 | $735 | 0.6 | $441.00 | Make additional edits to motion for sanctions and to summary of fees and costs and finalize all documents for filing |
| **Total:** | | | **29.1** | **$17,357.50** | |

**Exhibit 6 to Declaration of Jessica P. Weber (Exhibit A-6)**

**Costs:**

| | | |
|---|---:|---|
| 9/24/2025 | $6.30 | Delivery Services/Messengers (32.00) QUICK MESSENGER, INC. ICOURIERS - Documents delivered to US District Court (delivery of 9/24/25 ex parte letter) |
| 1/23/2026 | $6.30 | Delivery Services/Messengers (32.00) QUICK MESSENGER, INC. ICOURIERS - Documents delivered to US District Court (delivery of 1/22/26 ex parte letter) |
| **Total:** | **$12.60** | |