**Brown Goldstein & Levy**

Eve L. Hill
ehill@browngold.com

February 2, 2026

**Via CM/ECF**
Honorable Matthew J. Maddox
101 West Lombard Street
Chambers 3B
Baltimore, Maryland 21201

  Re: Discovery Dispute Resolution Request
    *Gilliam, et. al. v. Department of Public Safety and Correctional Services, et. al.*
    Civil Action No.: MJM 23-1047

Dear Judge Maddox:

Pursuant to your Standing Order Concerning Discovery (ECF No. 158-1), the parties in the above-captioned case, with the exception of YesCare, respectfully request this Court's assistance in resolving several outstanding discovery disputes. The parties have attempted to resolve the disputes on their own over the course of nearly five months, including through two Local Rule 104.7 conferences, but have reached an impasse.

The parties dispute: (1) the discoverability of information about the medical care often associated with a gender-dysphoria diagnosis provided to inmates other than Plaintiffs; (2) whether DPSCS is responsible for producing documents alleged to be in its medical contractors' possession; and (3) whether DPSCS must reproduce complaints filed by transgender inmates so that the current redactions of both inmates' and DPSCS employees' and agents' names are removed. Additionally, Defendants have not yet identified dates certain for the production of electronic communications responsive to Plaintiffs' May 7, 2025 requests, nor have they committed to producing them from all custodians Plaintiffs have identified.

In accordance with the Standing Order, the parties will separately file letters setting forth their respective positions within 24 hours of the filing of this letter. Thank you in advance for your assistance in resolving this matter.

            Sincerely,

            /s/
            Eve L. Hill (Bar No. 19938)
            Jessica P. Weber (Bar No. 17893)
            Lauren A. DiMartino (Bar No. 22046)
            Brown, Goldstein & Levy, LLP
            120 E. Baltimore Street, Suite 2500
            Baltimore, Maryland 21202

B‍ROWN, G‍OLDSTEIN & L‍EVY, LLP

Honorable Matthew J. Maddox
February 2, 2026
Page 2

(410) 962-1030 (phone)
(410) 385-0869 (fax)
ehill@browngold.com
jweber@browngold.com
ldimartino@browngold.com

Deborah M. Golden (Bar No. 18657)
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
202-630-0332 (phone)
dgolden@debgoldenlaw.com

*Attorneys for Plaintiff*

            /s/
Merrilyn Ratliff (Bar No. 30034)
Kelly M. Donoho (Bar No. 30786)
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
6776 Reisterstown Road, Suite 313
Baltimore, MD 21215
(410) 585-3544 (phone)
(410) 484-5939 (fax)
merrilyn.ratliff@maryland.gov
kelly.donoho@maryland.gov

*Attorneys for DPSCS Defendants*