IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHELSEA GILLIAM, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. MJM-23-1047 |
| | * | |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR APPROPRIATE RELIEF DUE TO DEFENDANT'S SPOLIATION OF MATERIAL EVIDENCE

Plaintiffs, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 37, move this Court to hold that Defendant the Maryland Department of Public Safety and Correctional Services ("DPSCS") should receive an adverse inference requiring the jury to presume DPSCS officers harassed Ms. Grey on June 28, 2024, as described by her counsel in court that same day, and impose attorneys' fees for Plaintiffs' pursuit of the video evidence and filing of this Motion.

DPSCS failed to preserve and intentionally destroyed a video pertinent to Plaintiff Chloe Grey's claim that correctional officers harassed and threatened her on her way to a virtual court hearing. It is undisputed that DPSCS employees located and viewed this video, which was responsive to Plaintiffs' discovery requests, and then decided, on their own, to delete it. By failing to preserve relevant, material evidence, in the midst of ongoing litigation, DPSCS has acted with the intent to deprive Plaintiffs of material electronically stored information ("ESI"). As grounds for this Motion, Plaintiffs submit the accompanying memorandum.

Wherefore, because DPSCS intentionally spoliated evidence material to Plaintiffs' claims, Plaintiffs request that this Court impose an adverse inference, order DPSCS to pay Plaintiffs' attorneys fees for time spent pursuing the spoliated evidence and for filing this motion, and any other remedies deemed appropriate by the Court.

Dated: February 2, 2026                           Respectfully submitted,

                                                      /s/
                                 Eve L. Hill (Bar No. 19938)
                                 Jessica P. Weber (Bar No. 17893)
                                 Lauren A. DiMartino (Bar No. 22046)
                                 Brown, Goldstein & Levy, LLP
                                 120 E. Baltimore Street, Suite 2500
                                 Baltimore, Maryland  21202
                                 (410) 962-1030 (phone)
                                 (410) 385-0869 (fax)
                                 ehill@browngold.com
                                 jweber@browngold.com
                                 ldimartino@browngold.com

                                 Deborah M. Golden (Bar No. 18657)
                                 The Law Office of Deborah M. Golden
                                 700 Pennsylvania Ave. SE, 2nd Floor
                                 Washington, DC 20003
                                 202-630-0332
                                 dgolden@debgoldenlaw.com

*Attorneys for Plaintiffs*