# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA GILLIAM, et al., | * | |
| *Plaintiffs*, | * | |
| v. | * | Civil No. MJM-23-1047 |
| DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES, *et al.*, | * | |
| | * | |
| *Defendants*. | | |

\* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES'S RESPONSES TO PLAINTIFFS CHELSEA GILLIAM, CHLOE GREY, AND KENNEDY HOLLAND'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendant Department of Public Safety and Correctional Services, through counsel, and pursuant to Rule 34 of the Federal Rules of Civil Procedure and Local Rule 104, responds to Chelsea Gilliam, Chloe Grey, and Kennedy Holland's First Set of Requests for Production of Documents as follows:

**GENERAL OBJECTIONS**

A.  The information supplied in these responses are not based solely on the knowledge of the executing party but includes the knowledge of the party's agents, representatives, and attorneys, unless privileged.

B.  The word usage and sentence structure may be that of the attorney assisting in the preparation of these objections and thus does not necessarily purport to be the precise language of the executing party.

C.  The requests have been interpreted and objected to in accordance with the Federal Rules of Civil Procedure, plain English usage, and to the extent not specifically challenged by

1

19. All documents concerning complaints, formal and informal, filed by Plaintiffs, including but not limited to complaint forms, communications, and investigation documents.

**OBJECTION:** Defendant objects to this request on the grounds that it is overly broad, not appropriately limited in time and scope, and is not relevant or proportional to the needs of Plaintiffs' case.

**ANSWER:** Subject to, and without waiving these objections, Plaintiffs are directed to the following:

- Plaintiff Gilliam's Base File—**CONFIDENTIAL**, produced as DPSCS 000001 – DPSCS 000124.

- Plaintiff Holland's Base File—**CONFIDENTIAL**, produced as DPSCS 008081 – DPSCS 008125.

- Plaintiff Grey's Base File—**CONFIDENTIAL**, produced as DPSCS 000627 – DPSCS 001942.

- Plaintiff Holland's MCI-H ARPs, produced as DPSCS 009818 – DPSCS 009834.

- Plaintiff Holland's ECI ARPs, produced as DPSCS 009798 – DPSCS 009817.

- Plaintiff Grey's NBCI ARPs, produced as DPSCS 008944 – DPSCS 008944.

- Plaintiff Grey's PATX ARPs, produced as DPSCS 009116 – DPSCS 009227.

- Plaintiff Grey's WCI ARPs, produced as DPSCS 009228 – DPSCS 009797.

- Plaintiff Grey's IGOs, produced as DPSCS 009835 – DPSCS 009933.

- IID Report No. 18-35-02035—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010306 – DPSCS 010342.

- IID Report No. 22-35-00174—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010343 – DPSCS 010371.

- IID Report No. 23-35-01944—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010372 – DPSCS 010392.

- IID Report No. 23-35-02086—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010393 – DPSCS 010418.

- IID Report No. 23-35-02364—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010419 – DPSCS 010503.

- Audio Recording of Interview with Officer Duru—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010122.

- Audio Recording of Interview with Officer Kamara—**ATTORNEYS' EYES ONLY**, produced as DPSCS 10123.

- Audio Recording of Interview with Officer Olatokunbo—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010124.

- IID Report No. 23-35-02473—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010504 – DPSCS 010545.

- Audio Recording of Interview with Officer Adams-Jackson—**ATTORNEYS' EYES ONLY**, produced as DPSCS 10180.

- Audio Recording of Interview with Officer Brown—**ATTORNEYS' EYES ONLY**, produced as DPSCS 10181.

- Audio Recording of Interview with Plaintiff Grey—**ATTORNEYS' EYES ONLY**, produced as DPSCS 10182.

- Audio Recording of Interview with Officer Ngole—**ATTORNEYS' EYES ONLY**, produced as DPSCS 10183.

- Audio Recording of Interview with Officer Okechukwu—**ATTORNEYS' EYES ONLY**, produced as DPSCS 10184.

- IID Report No. 24-35-01127—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010546 – DPSCS 010559.

- IID Report No. 24-35-01920—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010560 – DPSCS 010587.

- IID Report No. 23-35-02097—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010191 – DPSCS 010210.

- IID Report No. 23-35-02109—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010211 – DPSCS 010233.

- November 19, 2023 Complaints—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010613 – DPSCS 010618.

- June 28, 2025 Documents—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010185 – DPSCS 010190.

- Call#202005-001883—**ATTORNEYS' EYES ONLY**, produced as DPSCS 010303.

- Video of December 18, 2023 Transport—**CONFIDENTIAL,** produced as DPSCS 011003.

- Video of 1-104-Strip Cage December 25, 2023—**CONFIDENTIAL,** produced as DPSCS 011004.

- Videos of 1-150-B Wing Back December 25, 2023—**CONFIDENTIAL,** produced as DPSCS 011005 – DPSCS 011007.

20. All documents concerning the administration of hormone therapy to Plaintiffs, including dates of administration, medications administered, and doses.

**OBJECTION:** Defendant objects to this request on the grounds that it is overly broad, not appropriately limited in time and scope, and is not relevant or proportional to the needs of Plaintiffs' case.

**ANSWER:** Subject to, and without waiving these objections, Plaintiffs are directed to the following:

- Plaintiff Gilliam's Medical Records—**CONFIDENTIAL**, produced as DPSCS 000125 – DPSCS 000626.

- Plaintiff Holland's Medical Records—**CONFIDENTIAL**, produced as DPSCS 008126 – DPSCS 008943.

- Plaintiff Grey's Medical Records—**CONFIDENTIAL**, produced as DPSCS 001943 – DPSCS 008080.

- Videos of Plaintiff Grey—**CONFIDENTIAL**, produced as DPSCS 010979 – DPSCS 011003, DPSCS 011008 – DPSCS 011022.

- Gender Dysphoria Committee Meeting Minutes—**ATTORNEYS' EYES ONLY**, produced as DPSCS 017735 – DPSCS 017832.

21. All documents concerning gender-affirming surgery for Plaintiffs, including dates of consideration, determinations, and explanations for the determinations.

**OBJECTION:** Defendant objects to this request on the grounds that it is overly broad,

35. All documents concerning any outstanding lien, judgement, or financial obligation owed to the state of Maryland that may be deducted from any financial settlement or award that Plaintiffs may receive from this litigation.

**OBJECTION:** Defendant objects to this request on the grounds that it violates this Court's Local Rule 104(1), which states that "[u]nless otherwise ordered by the Court, or agreed upon by the parties, no party shall serve upon any other party, at one (1) time or cumulatively, more than thirty (30) requests for production[.]"

**ANSWER:** Defendant stands by its objection. As drafted, each Plaintiff has served Defendant with 73 requests for production of documents, which is impressible under Local Rule 104(1).

36. All documents that you identified in or relied upon in drafting your Answers to Interrogatories.

**OBJECTION:** Defendant objects to this request on the grounds that it violates this Court's Local Rule 104(1), which states that "[u]nless otherwise ordered by the Court, or agreed upon by the parties, no party shall serve upon any other party, at one (1) time or cumulatively, more than thirty (30) requests for production[.]"

**ANSWER:** Defendant stands by its objection. As drafted, each Plaintiff has served Defendant with 73 requests for production of documents, which is impressible under Local Rule 104(1).

37. All documents that relate to, describe, summarize, constitute, or memorialize any statements made by any person concerning this action or its subject matter, including statements that were previously made by any Named Defendant in the Fourth Amended Complaint.

**OBJECTION:** Defendant objects to this request on the grounds that it violates this Court's Local Rule 104(1), which states that "[u]nless otherwise ordered by the Court, or agreed upon by the parties, no party shall serve upon any other party, at one (1) time or cumulatively, more than thirty (30) requests for production[.]"

**ANSWER:** Defendant stands by its objection. As drafted, each Plaintiff has served

**OBJECTION:** Defendant objects to this request on the grounds that it violates this Court's Local Rule 104(1), which states that "[u]nless otherwise ordered by the Court, or agreed upon by the parties, no party shall serve upon any other party, at one (1) time or cumulatively, more than thirty (30) requests for production[.]"

**ANSWER:** Defendant stands by its objection. As drafted, each Plaintiff has served Defendant with 73 requests for production of documents, which is impressible under Local Rule 104(1).

        Respectfully submitted,

        ANTHONY G. BROWN
        Attorney General of Maryland

        */s/*
        Merrilyn E. Ratliff (Bar No. 30034)
        Kelly M. Donoho (Bar No. 30786)
        Assistant Attorney General
        6776 Reisterstown Road, Suite 313
        Baltimore, MD 21215
        T: 410-585-3544
        F: 410-484-5939
        merrilyn.ratfliff@maryland.gov
        kelly.Donoho@maryland.gov

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of July, 2025, a copy of Defendant DPSCS's Responses to Plaintiff's First Set of Requests for Production of Documents were sent electronically to:

Eve L. Hill
Jessica P. Weber
Lauren A. DiMartino
Brown, Goldstein & Levy, LLP
ehill@browngold.com
jweber@browngold.com
ldimartino@browngold.com

Deborah Golden
dgolden@debgoldenlaw.com
Law Office of Deborah Golden

*Attorneys for Plaintiff*

                                                  /s/
                                        Kelly M. Donoho
                                        Assistant Attorney General