IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| CHELSEA GILLIAM, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | | Civil Action No. MJM-23-1047 |
| | * | |
| DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL SERVICES, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

The Parties respectfully request a short postponement of the settlement conference scheduled for February 5, 2025. In support thereof, they state the following:

1. On October 3, 2025, this Court set an in-person settlement conference for February 5, 2026, at 10:00 a.m.

2. On January 22, 2026, counsel for the Department of Public Safety and Correctional Services ("DPSCS") Defendants sent counsel for Plaintiffs a letter noting that DPSCS is in the process of revising many of its policies that address many of Plaintiffs' settlement demands, but that they are not yet ready to commit to binding settlement agreements.

3. On February 3, 2025, counsel for the Plaintiffs and DPSCS had an informal conversation regarding these issues, and agreed to meet bi-weekly in a good faith attempt to work towards a resolution in this matter.

4. Counsel represent that they believe that a settlement conference could be effectively conducted at the Court's convenience any time after March 7, 2026.

Therefore, the Parties request that a settlement conference be scheduled after March 7, 2026, and further that the Writ to transfer Plaintiff Grey tomorrow be recalled and reissued for the new date of the settlement conference.

Dated: February 4, 2026                                  Respectfully submitted,

        */s/ Eve L. Hill*
Eve L. Hill (Bar No. 19938)
Jessica P. Weber (Bar No. 17893)
Lauren A. DiMartino (Bar No. 22046)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 2500
Baltimore, Maryland 21202
(410) 962-1030 (phone)
(410) 385-0869 (fax)
ehill@browngold.com
jweber@browngold.com
ldimartino@browngold.com

Deborah M. Golden (Bar No. 18657)
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, 2nd Floor
Washington, DC 20003
202-630-0332
dgolden@debgoldenlaw.com

*Attorneys for Plaintiffs*

**MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

        */s/ Megan T. Mantzavinos*
Megan T. Mantzavinos (ID No. 16416)
600 Baltimore Avenue, Suite 305
Towson, MD 21204
mmantzavinos@moodklaw.com
(410) 339-6880
Fax (410) 339-6880

*Attorney for Defendant YesCare Corp.*

ANTHONY G. BROWN
Attorney General of Maryland

     */s/ Merrilyn E. Ratliff*
MERRILYN E. RATLIFF
Federal Bar No. 30034
Assistant Attorney General
6776 Reisterstown Road, Suite 313
Baltimore, Maryland  21215
(410) 585-3947 (Telephone)
(410) 484-5939 (Telefax)
E-mail:  merrilyn.ratliff@maryland.gov

     */s/ Kelly M. Donoho*
KELLY M. DONOHO
Federal Bar No. 30786
Assistant Attorney General
Department of Public Safety and
Correctional Services
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Tel: (410) 585-3544
Fax: (410) 484-5939
Email: kelly.donoho@maryland.gov

*Attorneys for DPSCS Defendants*