IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Chelsea Gilliam**, *et al*., | * | |
| Plaintiffs, | * | |
| v. | * | Case No.:  1:23-cv-1047-MJM |
| **Dep't of Pub. Safety and Corr. Ser.**, *et al*., | * | |
| Defendants. | * | |

## ORDER VACATING WRIT OF HABEAS CORPUS

TO:

Warden Ronald S. Weber
Western Correctional Institution
13800 McMullen Highway, S.W.
Cumberland, MD  21502

Greetings:

Through a Writ of Habeas Corpus dated October 6, 2025, the Court ordered that **Chloe Grey, DOC ID # 367728, DOB 4/25/1988**, be transported to the United States Courthouse for the District of Maryland located in Baltimore, Maryland for a settlement conference on February 5, 2026 at 10:00 a.m.

Because the settlement conference is cancelled, that Writ is hereby **VACATED**. Ms. Grey should not be transported to this Court on February 5, 2026.

Dated:  February 4, 2026

_____
Charles D. Austin
United States Magistrate Judge

Copies to:      USMS