UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
Matthew J. Maddox
United States District Judge
MDD_MJMChambers@mdd.uscourts.gov

101 West Lombard Street
Chambers 5C
Baltimore, Maryland 21201
(410) 962-3407

February 18, 2026

LETTER TO COUNSEL

  Re: <u>Gilliam et al v. Department of Public Safety and Correctional Services et al.</u>,
     Civil No. MJM-23-1047

Dear Counsel:

  A telephonic status hearing in this matter was conducted today, February 18, 2026, to address discovery disputes raised by the parties in letters dated February 2 and February 3, 2026. *See* ECF 181 & 182.

  As explained on the record during the status hearing, I find that Defendants' delay in producing electronic communications for custodians identified by Plaintiffs necessitates imposing deadlines for production. Specifically, the Court now directs Defendants to produce the requested electronic communications by the following deadlines:

1. the first nine custodians by March 18, 2026;
2. the next nine custodians by April 15, 2026;
3. the next nine custodians by May 13, 2026; and
4. the remaining custodians by June 10, 2026.

  As explained during the telephonic hearing, I am persuaded that the information and documents sought in the remaining discovery requests noted in Plaintiffs' letter (ECF 182) is relevant and discoverable under Fed. R. Civ. P. 26(b). The Defendants are ordered to respond and produce documents responsive to the following requests by March 18, 2026:

- A version of the PREA complaints produced in response to Plaintiff Grey's RPD No. 5 without redactions for the complainants' and officers' names;
- Plaintiff Grey's RPD Nos. 11 and 12
- Plaintiff Holland's Interrogatory No. 6
- Plaintiff Holland's Interrogatory No. 7
- Plaintiff Holland's Interrogatory No. 10
- Plaintiff Holland's RPD No. 14

Civil No. MJM-23-1047
February 18, 2026
Page 2

*See* ECF 182 at 2.

Based on the information presented, I am not persuaded that the above requests are not proportional to Plaintiffs' needs in discovery. However, this Order is without prejudice to any motion for a protective order pursuant to Fed. R. Civ. Proc. 26(c). Defendants' deadline to file a motion for a protective order is March 4, 2026.

A hearing on pending motions is scheduled for **April 9, 2026, at 11:00 a.m., in Courtroom 5C.**

Despite the informal nature of this letter, it is an ORDER of the Court and shall be docketed accordingly.

Very truly yours,

/S/
Matthew J. Maddox
United States District Judge